UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, : <br> UNITED STATES DEPARTMENT OF LABOR, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> JOHN J. KORESKO, V, JEANNE BONNEY, : <br> PENN-MONT BENEFIT SERVICES, INC., : <br> KORESKO & ASSOCIATES, P.C., KORESKO : <br> LAW FIRM, P.C., COMMUNITY TRUST : <br> COMPANY, PENN PUBLIC TRUST, : <br> REGIONAL EMPLOYERS ASSURANCE : <br> LEAGUES VOLUNTARY EMPLOYEES' : <br> BENEFICIARY ASSOCIATION TRUST, and : <br> SINGLE EMPLOYER WELFARE BENEFIT : <br> PLAN TRUST, : <br> : <br> Defendants : | Civil Action <br><br> No. 09-988 |

## **ORDER**

AND NOW, this 20th day of May, 2009, upon consideration of Plaintiff's Motion for Order Deeming Defendants Served with Complaint (Doc. No. 31), the Koresko Defendants' Response in Opposition thereto (Doc. No. 33), and Plaintiff's Reply (as proposed in Doc. No. 38, Ex. A), it is hereby ORDERED that Plaintiff's Motion is GRANTED IN PART and DENIED IN PART, as set forth in the accompanying memorandum.  It is FURTHER ORDERED that Plaintiff shall serve the Koresko Defendants' by first class United States mail, postage prepaid, to the home and office addresses of John J. Koresko, V.

BY THE COURT:


S/ C. Darnell Jones II
                            J.