## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, : | |
| UNITED STATES DEPARTMENT OF LABOR, : | |
| : | Civil Action |
| Plaintiff, : | |
| : | No. 09-988 |
| v. : | |
| : | |
| JOHN J. KORESKO, V, JEANNE BONNEY, : | |
| PENN-MONT BENEFIT SERVICES, INC., : | |
| KORESKO & ASSOCIATES, P.C., KORESKO : | |
| LAW FIRM, P.C., COMMUNITY TRUST : | |
| COMPANY, PENN PUBLIC TRUST, : | |
| REGIONAL EMPLOYERS ASSURANCE : | |
| LEAGUES VOLUNTARY EMPLOYEES' : | |
| BENEFICIARY ASSOCIATION TRUST, and : | |
| SINGLE EMPLOYER WELFARE BENEFIT : | |
| PLAN TRUST, : | |
| : | |
| Defendants : | |

## **ORDER**

AND NOW, this 23rd day of June, 2009, upon consideration of Defendant Jeanne Bonney's Second Motion for Extension of Time to File Answer to Complaint (Doc. No. 51) and Plaintiff's Response thereto (Doc. No. 52), it is hereby ORDERED that Defendant's Motion is DENIED.  It is FURTHER ORDERED that Ms. Bonney and the other Koresko Defendants shall file their joint response to Plaintiff's Complaint forthwith.

BY THE COURT:

S/ C. Darnell Jones II
                                                        J.