# EXHIBIT 2

**U.S. Department of Labor**

Office of the Regional Solicitor
Suite 630 East
The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306



Reply to the Attention of:   Sol#26
Telephone:  (215) 861-

Facsimile:
(215) 861-5162

August 13, 2009

VIA FACSIMILE

John J. Koresko, V, Esquire
Koresko Law Firm
200 West Fourth Street
Bridgeport, PA  19405

Timothy J. Nieman, Esquire
Stephen Moniak, Esquire
Rhoads & Sinon, LLP
One South Market Square, 12th Floor
P.O. Box 1146
Harrisburg, Pennsylvania  17108-1146

RE:   *Solis v. Koresko, et al.*
      <u>U.S.D.C. E.D. Pa. , Civil Action No. 09-00988 (CDJ)</u>

Dear Counsel:

I am writing to advise you that Counsel for the Secretary received a telephone call this morning
from Betty Harper in Judge Jones' chambers in response to my August 12, 2009 letter requesting
a status conference.  Ms. Harper stated that Judge Jones is on vacation but she has spoken to him
regarding my letter and he stated that the Secretary may take the depositions noticed for August
19 and 20.  In light of this information, the Secretary has withdrawn her request for a status
conference.

If you have any questions regarding this information, please contact me at (215) 861-5126.
Thank you for your attention to and cooperation with this matter

Very truly yours,

Catherine Oliver Murphy
Regional Solicitor

By:  Joanne Jarquin
     Attorney

cc:   The Honorable C. Darnell Jones, II