UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, : <br> UNITED STATES DEPARTMENT OF LABOR, : <br> : <br> Plaintiff,  : <br> : <br> v.  : <br> : <br> JOHN J. KORESKO, V, JEANNE BONNEY, : <br> PENN-MONT BENEFIT SERVICES, INC., : <br> KORESKO & ASSOCIATES, P.C., KORESKO : <br> LAW FIRM, P.C., COMMUNITY TRUST : <br> COMPANY, PENN PUBLIC TRUST, : <br> REGIONAL EMPLOYERS ASSURANCE  : <br> LEAGUES VOLUNTARY EMPLOYEES' : <br> BENEFICIARY ASSOCIATION TRUST, and : <br> SINGLE EMPLOYER WELFARE BENEFIT : <br> PLAN TRUST, : <br> : <br> Defendants  : | Civil Action <br><br> No. 09-988 |

## **ORDER**

AND NOW, this 28th day of August, 2009, upon consideration of the Koresko Defendants' Motion *in Limine* to Preclude Introduction of Certain Evidence by Plaintiff (Doc. No. 90) and the Koresko Defendants' Application for Expedited Consideration of the Motion *in Limine* (Doc. No. 91), it is hereby ORDERED as follows:

1. The Koresko Defendants' Application for Expedited Consideration is GRANTED. However, the Court shall not hold a hearing on the Motion *in Limine*.

2. The Koresko Defendants' Motion *in Limine* is GRANTED IN PART and DENIED IN PART.

3. The Parties must redact all names, addresses, and other identifying information of Plan Participants from any evidence to be presented at the September 2, 2009, Preliminary Injunction Hearing ("the Hearing").

4. At the Hearing, the Parties may present evidence regarding the amount and categorization of funds within the REAL VEBA and Single Employer Welfare Benefit Plan Trusts.

BY THE COURT:

S/ James Knoll Gardner
　　　　　　　　　　　　　　　J.
EMERGENCY JUDGE
FOR C. DARNELL JONES II,  J.