## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

---

HILDA L. SOLIS, SECRETARY OF LABOR, :
UNITED STATES DEPARTMENT OF LABOR, :
: CIVIL ACTION No.
Plaintiff, : 2:09-cv-00988
:
v. :
:
JOHN J. KORESKO, V, et al., :
:
Defendants. :

---

## PLAINTIFF'S RESPONSE TO
## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Defendants' Motion for a Protective Order should be denied as Plaintiff has not filed a motion to compel the continuation of the adjourned depositions of Defendants Penn-Mont Benefit Services, Inc. and Penn Public Trust nor sought sanctions against either Defendant. In that the preliminary injunction hearing is set for September 2, 2009, Plaintiff does not intend to seek a ruling on the issue prior to the hearing. Should the Plaintiff later file a motion to compel discovery or seek sanctions against either Defendant for their unwillingness to resume their depositions, Defendants could re-file their motion. The current motion should be denied as premature and lacking merit.

|  |  |
|---|---|
| Post Office Address: | Respectfully submitted,<br><br>Carol A. De Deo<br>Deputy Solicitor for National Operations |
| Catherine Oliver Murphy<br>Regional Solicitor<br>Office of the Solicitor<br>U. S. Department of Labor<br>Suite 630E, The Curtis Center<br>170 S. Independence Mall West<br>Philadelphia, PA 19106-3306<br>(215) 861-5126<br>(215) 861-5162 (fax) | Catherine Oliver Murphy<br>Regional Solicitor<br><br>*/s/Joanne Jarquin*<br>Joan M. Roller<br>Linda M. Henry<br>Joanne Jarquin<br>Attorneys for Plaintiff<br>U.S. DEPARTMENT OF LABOR |