## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, | : | |
| UNITED STATES DEPARTMENT OF LABOR, | : | |
| | : | Civil Action |
| Plaintiff, | : | |
| | : | No. 09-988 |
| v. | : | |
| | : | |
| JOHN J. KORESKO, V, JEANNE BONNEY, | : | |
| PENN-MONT BENEFIT SERVICES, INC., | : | |
| KORESKO & ASSOCIATES, P.C., KORESKO | : | |
| LAW FIRM, P.C., COMMUNITY TRUST | : | |
| COMPANY, PENN PUBLIC TRUST, | : | |
| REGIONAL EMPLOYERS ASSURANCE | : | |
| LEAGUES VOLUNTARY EMPLOYEES' | : | |
| BENEFICIARY ASSOCIATION TRUST, and | : | |
| SINGLE EMPLOYER WELFARE BENEFIT | : | |
| PLAN TRUST, | : | |
| | : | |
| Defendants | : | |

### ORDER

AND NOW, this 31st day of August, 2009, upon consideration of the Koresko

Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Doc. No. 69)

and Plaintiff's Opposition thereto (Doc. No. 78) it is hereby ORDERED that Defendants' Motion

is DENIED in its entirety for the reasons stated in the accompanying memorandum.


BY THE COURT:


    S/ C. Darnell Jones II

                               J.