# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, : <br> UNITED STATES DEPARTMENT OF LABOR, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> JOHN J. KORESKO, V, JEANNE BONNEY, : <br> PENN-MONT BENEFIT SERVICES, INC., : <br> KORESKO & ASSOCIATES, P.C., KORESKO : <br> LAW FIRM, P.C., COMMUNITY TRUST : <br> COMPANY, PENN PUBLIC TRUST, : <br> REGIONAL EMPLOYERS ASSURANCE : <br> LEAGUES VOLUNTARY EMPLOYEES' : <br> BENEFICIARY ASSOCIATION TRUST, and : <br> SINGLE EMPLOYER WELFARE BENEFIT : <br> PLAN TRUST, : <br> : <br> Defendants : | Civil Action <br><br> No. 09-988 |

## ORDER

AND NOW, this 1st day of September, 2009, upon consideration of John J. Koresko, V, and Jeanne Bonney's Motion to Quash Subpoenas (Doc. No. 98) and Plaintiff's Response in Opposition thereto (Doc. No. 109), it is hereby ORDERED that Koresko and Bonney's Motion is DENIED. Although the words "Eastern District of Pennsylvania" are absent from the headings of the subpoenas in question, the subpoenas contain the caption and civil action number of this matter, with which Koresko and Bonney are well acquainted, and the subpoenas provide the name and address of this District Court, from which the subpoenas issued and where Koresko and Bonney are required to appear and testify. The subpoenas require Koresko and Bonney to appear and testify at the preliminary injunction hearing, not to provide

testimony or documents in discovery, and thus they do not violate this Court's instructions regarding limited discovery. Finally, the subpoenas were properly served directly upon Koresko and Bonney.

BY THE COURT:

S/ C. Darnell Jones II
J.