# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | : : |
| Plaintiff, | : Civil Action : : No. 09-988 |
| v. | : : |
| JOHN J. KORESKO, V, JEANNE BONNEY, PENN-MONT BENEFIT SERVICES, INC., KORESKO & ASSOCIATES, P.C., KORESKO LAW FIRM, P.C., COMMUNITY TRUST COMPANY, PENN PUBLIC TRUST, REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST, and SINGLE EMPLOYER WELFARE BENEFIT PLAN TRUST, | : : : : : : : : : : |
| Defendants | : |

## **ORDER**

AND NOW, this 1st day of September, 2009, upon consideration of Plaintiff's Motion to Quash Subpoenas of Counsel Roller and Investigator Sweeting (Doc. No. 97), it is hereby ORDERED that Plaintiff's Motion is GRANTED and the subpoenas directed to Counsel Roller and Investigator Sweeting are QUASHED because the subpoenas were not served upon the named persons as required by Fed. R. Civ. P. 45(b)(1).

BY THE COURT:

S/ C. Darnell Jones II
　　　　　　　　　　　　　　　　J.