# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, : : : Plaintiff, : : v. : : JOHN J. KORESKO, V, JEANNE BONNEY, PENN-MONT BENEFIT SERVICES, INC., KORESKO & ASSOCIATES, P.C., KORESKO LAW FIRM, P.C., COMMUNITY TRUST COMPANY, PENN PUBLIC TRUST, REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST, and SINGLE EMPLOYER WELFARE BENEFIT PLAN TRUST, : : : : : : : : : : : Defendants : | Civil Action No. 09-988 |

## ORDER

AND NOW, this 4th day of September, 2009, upon consideration of the Koresko Defendants' Motion *in Limine* to Strike Declarations of Jocelyn Diaz Sweeting and Preclude Plaintiff from Introducing Evidence (Doc. No. 110), it is hereby ORDERED that the Motion is DENIED AS MOOT in light of the Parties' stipulation made on the record on September 3, 2009.

BY THE COURT:

S/ C. Darnell Jones II
                          J.