# In the United States District Court
# For the Eastern District of Pennsylvania

| | |
|---|---|
| Hilda L. Solis, Secretary of Labor, United States Department of Labor, <br><br>Plaintiff,<br><br>v.<br><br>JOHN J. KORESKO, V, et al.,<br><br>Defendants | Civil Action No. 2:09-cv-00988 |

## AFFIDAVIT OF LARRY TOWNSEND

STATE OF PENNSYLVANIA :
                              : SS
COUNTY OF MONTGOMERY :

      I, LARRY TOWNSEND, swear and affirm that the following is true and correct to the best of my knowledge, information and belief.

1. I am an adult individual employed since 2003 by Koresko Law Firm responsible for administering welfare benefit plans for which PennMont Benefit Services, Inc. ["PennMont"] is the third-party administrator.

2. Among my responsibilities is to process all documents related to PennMont's welfare plan, including adoption documents, plan amendments, premium notices, contributions and correspondence. I also serve as the information services specialist, which provides access to all plan email correspondence.

3. Cetylite has not made a contribution for years. Payment commencing in July of 2005 of $1.2 million in medical reimbursements out of Trust assets not "belonging" to Cetylite or its owner/employees is an accommodation to resolve a problem. See Exhibit "A," attached, record of payments transactions.

SWORN AND SUBSCRIBED

_____
LARRY E TOWNSEND

Before me, a
Notary Public on
This _3rd_ day of
_September_____, 2009

