# Exhibit A

7/22/05

| ShortName | Amount of Transaction | Payee |
|---|---:|---|
| CETYLITE | ($3,818.49) | HORIZON BLUE CROSS BLUE SHIELD OF NJ fbo465038338 |
| CETYLITE | ($16,365.00) | AETNA FBO Acct 12924306 |
| CETYLITE | ($1,324.04) | GUARDIAN FBO GROUP 00 393829 |
| CETYLITE | ($3,818.49) | Horizon Blue Cross of New Jersey FBO 465038338 |
| CETYLITE | ($737.48) | UNUM LIFE INSURANCE COMPANY FBO 0592007-001 6 |
| CETYLITE | ($1,596.11) | UNUM LIFE INSURANCE CO FBO 0591962-001 5 |
| CETYLITE | ($16,365.00) | Aetna FBO Inv No A0970641 |
| CETYLITE | ($1,324.04) | Guardian FBO Group ID 00393829 |
| CETYLITE | ($755.93) | Unum Life Insurance Co FBO Billing No 0592007-001 6 |
| CETYLITE | ($3,818.49) | Horizon Blue Cross Blue Shield of NJ FBO Group # 16069 |
| CETYLITE | ($16,365.00) | AETNA FBO Acct No 12924306 |
| CETYLITE | ($1,324.04) | GUARDIAN FBO GROUP 00 393829 |
| CETYLITE | ($3,819.49) | Horizon Blue Cross Blue Shield of NJ FBO Group # 16069 |
| CETYLITE | ($1,627.00) | UNUM LIFE INSURANCE FBO Bill No 0591962-001 5 |
| CETYLITE | ($755.93) | UNUM LIFE INS CO FBO BILLING NO 0592007-001 6 |
| CETYLITE | ($11,052.37) | Aetna FBO Acct No 12924306 |
| CETYLITE | ($755.93) | UNUM Life Insurance Co of America FBO Bill No 0592007-001 6 |
| CETYLITE | ($1,627.00) | UNUM Life Insurance Co of America FBO Bill No 0591962-001 5 |
| CETYLITE | ($3,817.49) | Horizon Blue Cross Blue Shield of NY FBO Inv No 017265438 |
| CETYLITE | ($16,365.00) | AETNA FBO Inv Num A1322879 |
| CETYLITE | ($1,324.04) | GUARDIAN FBO GroupID 00393829 |
| CETYLITE | ($3,081.64) | Horizon BCBS of NJ FBO Inv No 017370716-Cetylite |
| CETYLITE | ($755.93) | UNUM LIFE FBO Billing No 0592007-001 6 |
| CETYLITE | ($16,385.00) | AETNA FBO Invoice No A1446529 |
| CETYLITE | ($1,324.04) | GUARDIAN FBO Group ID 00393829 |
| CETYLITE | ($4,555.34) | Horizon Blue Cross Blue Shield of NJ FBO Inv 017484771 |
| CETYLITE | ($1,643.80) | UNUM Life Insurance Co of America FBO Bill No 0591962-001 5 |
| CETYLITE | ($775.14) | UNUM Life Ins Co of America FBO Billing No 0592007-001 6 |
| CETYLITE | ($16,737.00) | AETNA FBO Account No 12924306 |
| CETYLITE | ($1,324.04) | Guardian FBOGroup ID 00 393829 Cetylite |
| CETYLITE | ($775.14) | UNUM LIFE INSURANCE CO FBO Cetylite Industries |
| CETYLITE | ($3,818.49) | Horizon Blue Cross Blue Shield of NJ FBO Inv No 017621788 |
| CETYLITE | ($1,643.80) | UNUM LIFE INSURANCE CO FBO Billing NO 0591962-001 5 |
| CETYLITE | ($1,399.86) | GUARDIAN FBO Group ID 00 393829 |
| CETYLITE | ($16,757.00) | AETNA FBO Invoice No A1698976 Cetylite |
| CETYLITE | ($3,818.49) | Horizon BCBS of NY FBO Acct 465038338 |
| CETYLITE | ($1,643.80) | UNUM Life Insurance Co of America FBO Billing No 0591962-001 5 |
| CETYLITE | ($775.14) | UNUM Life Insurance Co of America FBO Billing No 0592007-001 6 |
| CETYLITE | ($16,757.00) | AETNA FBO Invoice No A1825877 |
| CETYLITE | ($3,484.92) | Horizon BlueCross Blue Shield of NJ FBO Acct 465038338 |
| CETYLITE | ($829.68) | UNUM PROVIDENT FBO Billing No 0592007-001 6 |
| CETYLITE | ($1,607.92) | UNUM LIFE INSURANCE CO OF AMERICA FBO Bill No 0591962-001 5 |
| CETYLITE | ($20,192.00) | AETNA FBO Invoice No A1953971 |
| CETYLITE | ($3,462.53) | Horizon BlueCross BlueShield of NY FBOAcct 465038338 |
| CETYLITE | ($799.58) | UNUM LIFE INSURANCE CO OF AMERICA FBO BILL NO 0592007-001 6 |
| CETYLITE | ($1,620.40) | UNUM LIFE INSURANCE CO OF AMERICA FBO BILL NO 0591962-001 5 |
| CETYLITE | ($1,649.40) | UNUM LIFE INSURANCE FBO Billing No 0591962-001 5 |
| CETYLITE | ($814.63) | UNUM LIFE INSURANCE FBO Billing No 0592007-001 6 |

| | | |
|---|---:|---|
| CETYLITE | ($2,813.10) | Horizon Blue Cross Blue Shield of NJ FBO Account NO 465038338 |
| CETYLITE | ($35,517.00) | AETNA FBO Inv Num A2207891 |
| CETYLITE | ($729.65) | UNUM LIFE INSURANCE CO OF AMERICA FBO Bill No 0592007-001 6 |
| CETYLITE | ($1,511.19) | UNUM LIFE INSURANCE CO OF AMERICA FBO Bill No 0591962-001 5 |
| CETYLITE | ($2,813.10) | Horizon BlueCross BlueShield of NJ FBO Acct 465038338 |
| CETYLITE | ($18,695.00) | Aetna FBO Inv No A2333164 |
| CETYLITE | ($802.39) | 001 6 |
| CETYLITE | ($2,813.10) | CETYLITE |
| CETYLITE | ($1,591.00) | 001 5 |
| CETYLITE | ($17,523.00) | AETNA FBO Invoice NO A2457339 |
| CETYLITE | ($1,183.16) | Guardian FBO Group ID 393829 |
| CETYLITE | ($4,732.64) | GUARDIAN FBO Group 00393829 |
| CETYLITE | ($2,813.10) | Horizon Blue Cross Blue Shield of NJ FBO Acct 465038338 |
| CETYLITE | ($802.39) | UNUM LIFE INSURANCE COMPANY FBO Billing No 0592007-001 6 |
| CETYLITE | ($1,591.00) | UNUM LIFE INSURANCE COMPANY FBO BILLING NO 0591962-001 5 |
| CETYLITE | ($18,534.00) | AETNA fboAcct No 12924306 |
| CETYLITE | ($1,183.16) | GUARDIAN FBO Group ID 393829 Cetylite |
| CETYLITE | ($2,813.10) | Horizon Blue Cross Blue Shield of NJ FBOAcct No 465038338 |
| CETYLITE | ($1,591.00) | UNUM LIFE INSURANCE COMPANY FBO Bill No 0591962-001 5 |
| CETYLITE | ($802.39) | UNUM LIFE INSURANCE COMPANY FBO Bill No 0592007-001 6 |
| CETYLITE | ($17,956.00) | AETNA FBO Acct No 12924306 |
| CETYLITE | ($1,103.54) | GUARDIAN FBO Group 00393829 |
| CETYLITE | ($2,813.10) | HORIZON BLUE CROSS BLUE SHIELD OF NJ FBO Acct 465038338 |
| CETYLITE | ($802.39) | UNUM LIFE INSURANCE CO OF AMERICA FBO Bill No 0592007-001 6 |
| CETYLITE | ($1,624.60) | UNUM LIFE INSURANCE CO OF AMERICA FBO Bill NO 0591962-001 5 |
| CETYLITE | ($19,026.00) | AETNA FBO Account No 12924306 |
| CETYLITE | ($1,222.97) | Guardian FBO Group ID 00393829 Cetylite |
| CETYLITE | ($18,491.00) | AETNA FBO Acct No 12924306 |
| CETYLITE | ($2,813.10) | Horizon BCBS of NJ FBO Acct No 465038338 |
| CETYLITE | ($802.39) | UNUM PROVIDEnt FBO Bill NO 0592007-001 6 |
| CETYLITE | ($1,607.80) | UNUM PROVIDENT FBO Bill No 0591962-001 5 |
| CETYLITE | ($1,183.16) | GUARDIAN FBO Group ID 00393629 |
| CETYLITE | ($1,607.80) | UNUM LIFE INSURANCE FBO Billing No 0591962-001 5 |
| CETYLITE | ($2,813.10) | Horizon BCBS of NJ FBO Account 465038338 |
| CETYLITE | ($802.39) | UNUM LIFE INSURANCE COMPANY FBO Bill NO 0592007-001 6 |
| CETYLITE | ($18,491.00) | AETNA FBO Acct No 12924306 |
| CETYLITE | ($1,183.16) | GUARDIAN FBO Group 00393629 |
| CETYLITE | ($2,813.70) | HORIZON BCBS of NY FBOAccount No 465038338 |
| CETYLITE | ($802.39) | 6 |
| CETYLITE | ($18,491.00) | AETNA FBO Account No 12924306 |
| CETYLITE | ($1,621.07) | GUARDIAN FBO Group ID 00393829 |
| CETYLITE | ($1,607.80) | UNUM LIFE INSURANCE COMPANY FBO Bill No 0591962-001 5 |
| CETYLITE | ($13,221.00) | AETNA FBO Account No 12924306 |
| CETYLITE | ($2,812.50) | Horizon Blue Cross Blue Shield of NJ FBO Acct No 465038338 |
| CETYLITE | ($1,078.31) | UNUM LIFE INSURANCE OF AMERICA FBO Bill NO 0592007-001 6 |
| CETYLITE | ($1,607.80) | 001 5 |
| CETYLITE | ($945.45) | GUARDIAN FBO Group 00393829 |
| CETYLITE | ($1,607.80) | 001 5 |
| CETYLITE | ($885.57) | 0592007-001 6 |

| | | |
|---|---:|---|
| CETYLITE | ($17,223.00) | AETNA FBO Acct No 12924306 |
| CETYLITE | ($5,460.20) | Horizon Blue Cross Blue Shield of NJ FBO Acct 465038338 |
| CETYLITE | ($885.57) | 001 6 |
| CETYLITE | ($1,607.80) | UNUM LIFE INSURANCE COMPANY OF AMERICA Bill No 0591962-001 5 |
| CETYLITE | ($18,495.00) | AETNA FBO Acct 12924306 |
| CETYLITE | ($1,205.81) | GUARDIAN FBO Group ID 00393829 |
| CETYLITE | ($912.71) | GUARDIAN FBO Group ID 00393829 |
| CETYLITE | ($2,730.10) | Horizon BlueCross BlueShield of NY FBO Acct 465038339 Cetylite |
| CETYLITE | ($15,806.00) | AETNA FBO Acct No 12924306 Cetlite |
| CETYLITE | ($2,094.70) | UNUM LIFE INSURANCE CO Of AMERICA FBO Bill No 0591962-001 5 |
| CETYLITE | ($328.56) | UNUM LIFE INSURANCE CO Of AMERICA FBO Bill No 0592007-001 6 |
| CETYLITE | ($1,158.70) | GUARDIAN FBO Group ID 00393829 |
| CETYLITE | ($2,730.10) | Horizon Blue Cross Blue Shield of NJ FBO Acct No 465038338 Cetylite |
| CETYLITE | ($803.73) | UNUM LIFE INSURANCE FBO Bill No 0592007-001 6 |
| CETYLITE | ($1,631.20) | UNUM LIFE INSURANCE FBO Bill No 0591962-001 5 |
| CETYLITE | ($17,353.00) | AETNA FBO Invoice No A3781638 Cetylite |
| CETYLITE | ($1,158.70) | GUARDIAN FBO Group ID 00 393829 Cetylite |
| CETYLITE | ($17,353.00) | AETNA FBO Acct 12924306 Cetylite |
| CETYLITE | ($2,730.10) | HORIZON BCBS OF NJ FBO Account 465038338 Cetylite |
| CETYLITE | ($1,631.20) | UNUM Life Insurance Co of America FBO Bill No 0591962-001 5 |
| CETYLITE | ($803.73) | UNUM Life Insurance Co of America FBO Bill No 0592007-001 6 |
| CETYLITE | ($1,158.70) | GUARDIAN FBO Group 00393829 Cetylite |
| CETYLITE | ($2,730.10) | HORIZON BLUE CROSS BLUE SHIELD OF NJ FBO Acct 465038338 |
| CETYLITE | ($642.09) | UNUM LIFE INSURANCE COMPANY FBO Bill No 0592007-001 6 |
| CETYLITE | ($1,631.20) | UNUM LIFE INSURANCE COMPANY FBO Bill NO 0591692-001 5 |
| CETYLITE | ($17,353.00) | AETNA FBO Acct 12924306 Cetylite |
| CETYLITE | ($1,158.70) | GUARDIAN FBO Group 00393829 Cetylite |
| CETYLITE | ($2,730.10) | Horizon BlueCross BlueShield of NJ FBO Acct 465038338 |
| CETYLITE | ($763.32) | UNUM FBO Bill No 0592007-001 6 Cetylite |
| CETYLITE | ($1,631.20) | UNUM FBO Bill No 0591962-001 5 Cetylite |
| CETYLITE | ($17,353.00) | AETNA FBO Acct 12924306 Cetylite |
| CETYLITE | ($1,158.70) | GUARDIAN FBO Group ID 00393829 Cetylite |
| CETYLITE | ($2,730.10) | Horizon Blue Cross Blue Shield of NJ FBO Acct 465038338 Cetylite |
| CETYLITE | ($1,631.20) | UNUM LIFE INSURANCE CO OF AMERICA FBO Bill No 0591962-001 5 |
| CETYLITE | ($863.46) | UNUM LIFE INSURANCE CO OF AMERICA FBO Bill No 0592007-001 6 |
| CETYLITE | ($17,949.00) | AETNA FBOAcct No 12924306 |
| CETYLITE | ($2,401.00) | GUARDIAN FBO Group 00 393829 |
| CETYLITE | ($2,730.10) | Horizon Blue Cross Blue Shield of NJ FBO Acct 46503838 Cetylite |
| CETYLITE | ($1,631.20) | UNUM LIFE INSURANCE COMPANY FBO Bill No 0591962-001 5 Cetylite |
| CETYLITE | ($782.30) | UNUM LIFE INSURANCE COMPANY FBO Bill No 0592007-001 6 Cetylite |
| CETYLITE | ($16,944.00) | AETNA FBO Inv No A4368443 Cetylite |
| CETYLITE | ($41.80) | GUARDIAN FBO Group 00393829 Cetylite |
| CETYLITE | ($2,730.10) | Horizon Blue Cross Blue Shield of NJ FBO Inv No 020272273 Cetylite |
| CETYLITE | ($1,553.80) | UNUM LIFE INSURANCE COMPANY FBO Bill No 0591962-001 5 |
| CETYLITE | ($618.68) | UNUM LIFE INSURANCE COMPANY FBO Bill No 0592007-001 6 |
| CETYLITE | ($16,944.00) | AETNA FBO Inv No A4485524 |
| CETYLITE | ($801.68) | GUARDIAN FBO Group ID 393829 Cetylite |
| CETYLITE | ($2,730.10) | Horizon Blue Cross Blue Shield of NJ FBO Inv No 020399763 Cetylite |
| CETYLITE | ($1,605.40) | UNUM LIFE INSURANCE COMPANY FBO Bill No 0591962-001 5 |

| | | |
|---|---:|---|
| CETYLITE | ($727.78) | UNUM LIFE INSURANCE COMPANY FBO Bill No 0592007-001 6 |
| CETYLITE | ($16,944.00) | AETNA FBO Inv Number A4602796 Cetylite |
| CETYLITE | ($1,067.56) | Guardian FBO Group ID 00 393829 Cetylite |
| CETYLITE | ($2,730.10) | HORIZON BLUE CROSS BLUE SHIELD OF NJ FBO Acct 465038339 |
| CETYLITE | ($1,605.40) | UNUM Life Insurance Company FBO Billing No 0591962-001 5 |
| CETYLITE | ($727.74) | UNUM Life Insurance Company FBO Billing No 0592007-001 6 |
| CETYLITE | ($16,944.00) | AETNA FBO Acct 12924306 Cetylite |
| CETYLITE | ($1,067.56) | GUARDIAN FBO Group ID 00 393829 |
| CETYLITE | ($727.76) | UNUM LIFE INSURANCE COMPANY FBO Bill No 0592007-001 6 Cetylite |
| CETYLITE | ($1,605.40) | CETYLITE |
| CETYLITE | ($3,044.26) | CETYLITE |
| CETYLITE | ($18,497.00) | AETNA FBO INV NO A4835756 CETYLITE |
| CETYLITE | ($1,120.94) | GUARDIAN FBO Group ID 00393829 CETYLITE |
| CETYLITE | ($3,044.26) | HORIZON BCBS OF NJ FBO Inv 020797276 |
| CETYLITE | ($727.76) | UNUMLIFE INSURANCE COMPANY FBO Bill No 0592007-001 6 |
| CETYLITE | ($1,605.40) | UNUM LIFE INSURANCE COMPANY FBO Bill No 0591962-001 5 |
| CETYLITE | ($16,112.00) | AETNA FBO Acct 12924306 Inv A4951364 |
| CETYLITE | ($1,251.87) | GUARDIAN FBO Group 00393829 Cetylite |
| CETYLITE | ($3,044.26) | Horizon Blue Cross Blue Shield of NJ FBO Inv 020936405 |
| CETYLITE | ($934.21) | UNUM LIFE INSURANCE FBO Bill NO 0592007-001 6 |
| CETYLITE | ($1,605.40) | UNUM LIFE INSURANCE COMPANY FBO Bill No 0591962-001 5 |
| CETYLITE | ($19,543.00) | AETNA FBO Inv No A5066263 |
| CETYLITE | ($1,164.46) | GUARDIAN FBO Group 00393829 |
| CETYLITE | ($6,088.52) | Horizon Blue Cross Blue Shield of NJ FBO Acct 465038338 |
| CETYLITE | ($18,089.00) | AETNA FBO Inv No A5180784 |
| CETYLITE | ($769.05) | UNUM LIFE INSURANCE COMPANY FBO Bill No 0592007-001 6 |
| CETYLITE | ($1,605.40) | UNUM LIFE INSURANCE COMPANY FBO Bill NO 0591962-001 5 |
| CETYLITE | ($1,164.46) | Guardian FBO Group ID 00393829 |
| CETYLITE | ($3,044.26) | Horizon Blue Cross Blue Shield of NJ FBO Inv 021211748 |
| CETYLITE | ($769.05) | UNUM LIFE INSURANCE COMPANY FBO Bill No 0592007-001 6 |
| CETYLITE | ($1,605.40) | UNUM LIFE INSURANCE COMPANY FBO Bill No0591962-001 5 |
| CETYLITE | ($19,189.00) | AETNA FBO Inv No A5294624 |
| CETYLITE | ($1,164.46) | GUARDIAN FBO Group ID 00393829 |
| CETYLITE | ($3,044.26) | Horizon BCBS of NJ FBO Inv 021353965 |
| CETYLITE | ($18,639.00) | Aetna FBO Inv No A5407932 |
| CETYLITE | ($769.05) | UNUM Life Insurance Company of America FBO Bill No 0592007-001 6 |
| CETYLITE | ($1,605.40) | UNUM Life Insurance Company of America FBO Bill No 0591962-001 5 |
| CETYLITE | ($1,164.46) | GUARDIAN FBO Group 00393829 |
| CETYLITE | ($3,044.26) | HORIZON BLUE CROSS BLUE SHIELD OF NJ FBO Inv No 021495251 |
| CETYLITE | ($18,639.00) | AETNA FBO Inv No A5520942 |
| CETYLITE | ($1,605.40) | UNUM FBO Bill No 0591962-001 5 |
| CETYLITE | ($769.05) | UNUM FBO Bill NO 0592007-001 6 |
| CETYLITE | ($1,164.46) | Guardian FBO Group 00393829 |
| CETYLITE | ($3,044.26) | Horizon BCBS of NJ FBO Inv 021637814 |
| CETYLITE | ($19,189.00) | AETNA FBO Inv A5633455 |
| CETYLITE | ($1,321.68) | UNUM Life Insurance Company FBO Bill No 0591962-001 5 |
| CETYLITE | ($597.13) | UNUM Life Insurance Company FBO Bill NO 0592007-001 6 |
| CETYLITE | ($1,164.46) | GUARDIAN FBO Group ID 393629 |
| CETYLITE | ($3,044.26) | Horizon Blue Cross Blue Shield of NJ FBO Inv 021780132 |

| CETYLITE | ($1,568.60) | UNUM LIFE INSURANCE COMPANY FBO Bill No 0591962-001 5 |
|---|---|---|
| CETYLITE | ($744.49) | UNUM LIFE INSURANCE COMPANY FBO Bill NO 0592007-001 6 |
| CETYLITE | ($19,189.00) | AETNA FBO Inv No A5745806 |
| CETYLITE | ($1,164.46) | GUARDIAN FBO Group 00 393829 |
| CETYLITE | ($3,044.26) | Horizon BCBS of NJ FBO INV 021921971 |
| CETYLITE | ($22,143.00) | AetnaFBO Inv A5858809 |
| CETYLITE | ($744.49) | UNUM Life FBO Bill No 0592007-001 6 |
| CETYLITE | ($1,568.60) | UNUM Life FBO Bill No 0591962-001 5 |
| CETYLITE | ($1,164.46) | Guardian FBO Group 00 393829 |
| CETYLITE | ($744.49) | UNUM FBO Bill No 0592007-001 6 |
| CETYLITE | ($1,568.60) | UNUM FBO Bill NO 0591962-001 5 |
| CETYLITE | ($20,666.00) | AETNA FBO Inv No A5971883 |
| CETYLITE | ($1,164.46) | GUARDIAN FBO Group 00 393829 |
| CETYLITE | ($3,044.26) | Horizon BCBS of NJ FBO Inv No 022076297 |
| CETYLITE | ($3,044.26) | Horizon BCBS of NJ FBO Inv No 022226048 |
| CETYLITE | ($1,164.46) | Guardian FBO Group 00393829 |
| CETYLITE | ($20,666.00) | Aetna FBO Inv No A6084732 |
| CETYLITE | ($973.00) | UNUM Life Insurance Co FBOBill No 0592007-001 6 |
| CETYLITE | ($1,568.60) | UNUM Life Insurance Co FBO Bill No 0591962-001 5 |
| CETYLITE | ($2,187.00) | UNUM Life Ins Co of America FBO Bill No 0591962-001 5 |
| CETYLITE | ($769.88) | UNUM Life Ins Co of America FBO Bill No 0592007-001 6 |
| CETYLITE | ($24,958.00) | AETNA FBO INV NO A6197492 |
| CETYLITE | ($1,269.27) | GUARDIAN FBO Group 00393829 |
| CETYLITE | ($7,195.48) | Horizon BCBS of NJ FBO Inv No 022577026 |
| CETYLITE | ($727.55) | UNUM LIFE INSURANCE CO OF AMERICA FBO Bill No 0592007-001 6 |
| CETYLITE | ($1,510.03) | UNUM LIFE INSURANCE CO OF AMERICA FBO BILL NO 0591962-001 5 |
| CETYLITE | ($18,274.00) | AETNA FBO Inv No A6309651 |
| CETYLITE | ($3,597.74) | Horizon BLBS of NJ FBO Inv 022771489 |
| CETYLITE | ($21,616.00) | AETNA FBO INV NO A6421837 |
| CETYLITE | ($727.55) | UNUM Life Ins Co of America FBO Bill No 0592007-001 6 |
| CETYLITE | ($1,553.20) | UNUM Life Ins Co of America FBO Bill No 0591962-001 5 |
| CETYLITE | ($950.50) | METLIFE SBC FBO Cetylite |
| CETYLITE | ($3,597.74) | Horizon BCBS of NJ FBO Inv 022990394 |
| CETYLITE | ($727.55) | UNUM FBO Bill No 0592007-001 6 |
| CETYLITE | ($1,553.20) | UNUM FBO Bill NO 0591962-001 5 |
| CETYLITE | ($983.50) | METLIFE SBC FBO TM05720918 0001 |
| CETYLITE | ($22,468.00) | AETNA FBO Inv A6534336 |
| | ($1,205,718.90) | |

7/23/09