IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

HILDA L. SOLIS, SECRETARY OF LABOR,  :
UNITED STATES DEPARTMENT OF LABOR,   :
                                     :   CIVIL ACTION No.
                  Plaintiff,         :   2:09-cv-00988
                                     :
        v.                           :
                                     :
JOHN J. KORESKO, V, et al.,          :
                                     :
                  Defendants.        :

---

**PLAINTIFF'S MEMORANUM REGARDING EXHIBITS**

Plaintiff, Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Secretary" or "Plaintiff"), through counsel, files this Memorandum in response to the Court's October 6, 2009 request for a Memorandum from Plaintiff explaining her request to substitute and amend exhibits previously entered into evidence at the Preliminary Injunction Hearing.

1.  At the conclusion of the Preliminary Injunction Hearing on October 6, 2009, counsel for Plaintiff submitted to the Court and distributed to counsel for all other parties redacted copies of Government Exhibits 6, 10, 30A-E, 31A-E, 32A-E and 34A-E, as well as an exhibit marked Government Exhibit 38A.

2.  Plaintiff submitted Government Exhibits 6, 10, 30A-E, 31A-E, 32A-E and 34A-E as redacted copies of exhibits with the same exhibit numbers already in evidence. Plaintiff submitted Government Exhibit 38A as an addendum to Government Exhibit 38. Exhibit 38A contains several additional designations of deposition testimony Plaintiff offered into evidence at the October 6, 2009 hearing without objection.

Post Office Address:

Office of the Solicitor
U. S. Department of Labor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA   19106-3306
(215) 861-5126

Respectfully submitted,

Carol A. De Deo
Deputy Solicitor for National Operations

Catherine Oliver Murphy
Regional Solicitor

/s/ *Joanne Jarquin*
Joan M. Roller
Linda M. Henry
Joanne Jarquin
Attorneys for Plaintiff

U.S. DEPARTMENT OF LABOR