IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>JOHN J. KORESKO, V; JEANNE BONNEY; PENN-MONT BENEFIT SERVICES, INC.; KORESKO & ASSOCIATES, P.C.; KORESKO LAW FIRM, P.C.; COMMUNITY TRUST COMPANY; PENN PUBLIC TRUST; REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST and SINGLE EMPLOYER WELFARE BENEFIT PLAN TRUST,<br><br>Defendants. | NO. 2:09-CV-00988-CDJ<br><br><br><br><br>HONORABLE C. DARNELL JONES, II<br><br><br><br>ELECTRONICALLY FILED |

**DEFENDANT FARMERS AND MERCHANTS TRUST COMPANY OF CHAMBERSBURG'S, SUCCESSOR BY MERGER TO COMMUNITY TRUST COMPANY, RESPONSE TO MOTION FOR LEAVE TO INTERVENE BY TD BANK, N.A.**

Defendant Farmers and Merchants Trust Company of Chambersburg, successor by merger to Community Trust Company ("F&M Trust") does not object to the Motion for Leave to Intervene by TD Bank, N.A.

760349.2

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | RHOADS & SINON LLP |
| Date: November 12, 2009 | By: /s/Timothy J. Nieman |
|  | Timothy J. Nieman |
|  | Attorney I.D. No. 66024 |
|  | Stephen Moniak |
|  | Attorney I.D. No. 80035 |
|  | One South Market Square |
|  | P.O. Box 1146 |
|  | Harrisburg, PA 17108-1146 |
|  | (717) 233-5731 |
|  | tnieman@rhoads-sinon.com |
|  | smoniak@rhoads-sinon.com |
|  | Attorneys for Defendant Farmers and Merchants Trust Company of Chambersburg, successor by merger to Community Trust Company |

760349.2

## CERTIFICATE OF SERVICE

It is hereby certified that on November 12, 2009, the foregoing document was transmitted electronically to the Court for filing and for electronic service, upon the following:

Joan M. Roller, Esquire
Linda M. Henry, Esquire
Joanne Jarquin, Esquire
U.S. Department of Labor
Office of the Solicitor
Suite 630E, The Curtis Center
170 S. Independence Mall, West
Philadelphia, PA 19106-3306

John J. Koresko, V, Esquire
Koresko Law Firm, P.C.
200 West Fourth Street
Bridgeport, PA 19405

Elizabeth Hoop Fay, Esquire
A. Lauren Carpenter, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

H. Marc Tepper, Esquire
Buchanan Ingersoll & Rooney PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102

/s/ Timothy J. Nieman
Timothy J. Nieman

760349.2