UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

HILDA L. SOLIS, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

v.

JOHN J. KORESKO, V, et al.,

    Defendants.

CIVIL ACTION No.
2:09-cv-00988

---

## PLAINTIFF'S OPPOSITION TO KORESKO DEFENDANTS' MOTION FOR RECONSIDERATION OF STANDSTILL ORDER

Hilda L. Solis, Secretary of Labor, United States Department of Labor (the "Plaintiff" or "Secretary"), opposes the Koresko Defendants' Motion For Reconsideration of the "Stand-Still Order" of November 16, 2009. As support for their Motion, the Koresko Defendants argue that the Court's Order is in conflict with law not considered by the Court at its "previous hearing".

Despite this argument, the Koresko Defendants have presented no, as they label it, "newly discovered law" in support of their motion. All law cited in this Motion had already been presented to the Court at the time that it issued the "Standstill Order". In addition, the Secretary has already addressed all of the Koresko Defendants' arguments in her previous briefings in this case. The Secretary incorporates the arguments previously made, including those in support of her Motion for Temporary Restraining Order and those in support of her Motion for Preliminary Injunction,

and opposes the Koresko Defendants' Motion for Reconsideration.

Respectfully submitted,

Post Office Address:

Office of the Solicitor
U. S. Department of Labor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA   19106-3306
(215) 861-5134

Deborah Greenfield
Acting Deputy Solicitor

Catherine Oliver Murphy
Regional Solicitor

/s/ *Linda M Henry*
Joan M. Roller
Linda M. Henry
Joanne Jarquin
Attorneys for Plaintiff
U.S. DEPARTMENT OF LABOR