# Exhibit B

## Sealed by Court Order dated November 16, 2009 at page 3 ¶4

**Exhibit 13 of Sealed Volume II of the Koresko Parties' Motion for Emergency Temporary Restraining Order and Preliminary Injunction Against TD Bank, N.A., and to Seal Volume II with Summary Spreadsheet**