# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HILDA SOLIS, Secretary,
U.S. Department of Labor

    Plaintiff,

v.

JOHN J. KORESKO, V, et al.,

    Defendants.

Civil Action

No. 09-0988

## ORDER

On December 22, 2009, the Court ordered the Koresko Defendants, in no uncertain terms, to provide *specific* information with regard to loan transactions sought to be repaid, including, at the very least, requested repayment amounts, payees, and repayment due dates (Dkt. No. 187). The Koresko Defendants' subsequent Second Motion for Order (Dkt. No. 188), which provides no further explanation or information other than to direct the Court's attention to a voluminous exhibit to its previous Motion for Preliminary Injunction (Dkt. No. 15), is <u>wholly unacceptable</u>.

AND NOW, this 29th day of December, 2009, it is hereby ORDERED that the Koresko Defendants' Second Motion for Order (Docket No. 188) is DENIED with leave to file by **1:00 p.m. on Wednesday, December 30, 2009** an *explanation* of the specific loan

transactions sought and thus to otherwise comport with the clear language of the Court's December 22, 2009 Order.[1]

BY THE COURT:

_____
C. Darnell Jones II,                    J.

---

[1] To the extent the Koresko Defendants seek to file this explanation under seal, the Court will grant such a request, subject to unsealing in the face of potential injunctive relief previously sought. See Dkt. No. 150.