UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

HILDA L. SOLIS, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,
        Plaintiff,

        v.

JOHN J. KORESKO, V, et al.,
        Defendants.

CIVIL ACTION No.
2:09-cv-00988

---

**PLAINTIFF'S SECOND RESPONSE TO KORESKO DEFENDANTS'
MOTION FOR ORDER DIRECTING TD BANK AND PENNMONT BENEFIT SERVICES INC.
TO REPAY TRUST POLICY LOANS WITH LIST OF DETAILED LOAN REPAYMENTS
FILED UNDER SEAL**

    Hilda L. Solis, Secretary of Labor, United States Department of Labor ("Secretary"), continues to object to the Koresko Defendants' Motion For Order Directing TD Bank and PennMont Benefit Services Inc. to Repay Trust Policy Loans with List of Detailed Loan Repayments Filed Under Seal. The Plaintiff objects because the Koresko Defendants have not served upon the Secretary the documents related to this motion. Plaintiff received a fax copy of a letter dated December 30, 2009 from Defendant Jeanne Bonney to the Court. The documents which have been submitted to the Court for its consideration were not served on the Plaintiff.

    Therefore Plaintiff asks the Court to deny the Koresko Defendants' motion.

Respectfully submitted,

Post Office Address:

Office of the Solicitor
U. S. Department of Labor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5142

Deborah Greenfield
Acting Deputy Solicitor

Catherine Oliver Murphy
Regional Solicitor

/s/ *Joan M. Roller*
Joan M. Roller
Linda M. Henry
Joanne Jarquin
Attorneys for Plaintiff
U.S. DEPARTMENT OF LABOR