# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HILDA SOLIS, Secretary, : | |
| U.S. Department of Labor : | |
| : | |
| : | Civil Action |
| Plaintiff, : | |
| : | No. 09-0988 |
| v. : | |
| : | |
| JOHN J. KORESKO, V, et al., : | |
| : | |
| Defendants. : | |

## **ORDER**

AND NOW, this 30th day of December, 2009, it is hereby ORDERED that the Court's Order denying the Koresko Defendants' Second Motion for Order, dated December 29, 2009 (Dkt. No. 191), is VACATED. It is further ORDERED that the above-captioned matter is scheduled for a HEARING on the Koresko Defendants' Second Motion for Order (Dkt. No. 188) on Monday, January 11, 2010, at 3:30 p.m. Counsel shall contact chambers the morning of the hearing to ascertain the assigned courtroom.

/s/ C. Darnell Jones
C. DARNELL JONES,     J.