IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>JOHN J. KORESKO, V; JEANNE BONNEY; PENN-MONT BENEFIT SERVICES, INC.; KORESKO & ASSOCIATES, P.C.; KORESKO LAW FIRM, P.C.; COMMUNITY TRUST COMPANY; PENN PUBLIC TRUST; REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST and SINGLE EMPLOYER WELFARE BENEFIT PLAN TRUST,<br><br>Defendants. | NO. 2:09-CV-00988<br><br><br><br><br><br><br><br><br><br><br><br>ELECTRONICALLY FILED |

**DEFENDANT FARMERS AND MERCHANTS TRUST COMPANY OF CHAMBERSBURG'S JOINDER IN ATTACHMENT "A" TO THE KORESKO DEFENDANTS' RESPONSE IN OPPOSITION TO THE DOL'S MOTION TO COMPEL**

Defendant Farmers and Merchants Trust Company of Chambersburg, successor by merger to Community Trust Company ("F&M Trust") , by and through its undersigned attorneys, hereby files this Joinder in Attachment "A" to the Koresko Defendants' Response in Opposition to the DOL's Motion to Compel, stating as follows:

865499.1

1.     F&M Trust is not involved in the issues underlying the DOL's Motion to Compel and has not been involved in the discussions concerning the modification of this Court's February 13, 2012 Scheduling Order (the "Scheduling Order").

2.     Nonetheless, F&M Trust joins the draft Stipulation and Joint Motion attached to the Koresko Defendants' Response in Opposition to the DOL's Motion to Compel as Attachment "A", not necessarily for the reasons articulated by the Koresko Defendants, but because such a modification would benefit all parties.

Respectfully submitted,

RHOADS & SINON LLP

Date: October 15, 2012

By: /s/Timothy J. Nieman
    Timothy J. Nieman
    Attorney I.D. No. 66024
    Stephen Moniak
    Attorney I.D. No. 80035
    One South Market Square
    P.O. Box 1146
    Harrisburg, PA 17108-1146
    (717) 233-5731
    tnieman@rhoads-sinon.com
    smoniak@rhoads-sinon.com

    Attorneys for Defendant Farmers and Merchants Trust Company of Chambersburg, successor by merger to Community Trust Company

# CERTIFICATE OF SERVICE

It is hereby certified that on October 15, 2012, the foregoing document was transmitted electronically to the Court for filing and for electronic service, upon the following:

>Linda M. Henry, Esquire
>Joanne Jarquin, Esquire
>U.S. Department of Labor
>Office of the Solicitor
>Suite 630E, The Curtis Center
>170 S. Independence Mall, West
>Philadelphia, PA 19106-3306
>
>Jeanne L. Bakker, Esquire
>Montgomery, McCracken, Walker & Rhoads, LLP
>123 S. Broad Street
>Philadelphia, PA 19109

>/s/ Timothy J. Nieman
>Timothy J. Nieman