**MARK D. SCHWARTZ**
**Attorney at Law**
**Post Office Box 330**
**Bryn Mawr, Pennsylvania 19010-0330**
**www.markschwartzesq.com**

√ *also fax to 215 580-2114*   Telephone & Fax- 610 525-5534

October 10, 2012

The Honorable Jan E. DuBois, Judge
U.S. District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19010

FILED

OCT 1 2 2012

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Re: Booker and Robinson vs. AMTRAK
No: 12-01528-JD
<u>Request for extension of time to file amended complaint</u>

Dear Judge DuBois:

Pursuant to your order of September 25, 2012 I am asking you to allow me until October 29 to file an amended Complaint. I knew that this month was going to be difficult in light of proceedings in other matters, nonetheless I had hoped to file an amended complaint by October 16 pursuant to the terms of your Order.

However, recent developments have made the difficult situation worse. I am involved in daily negotiations with a police department over civil rights and safety issues for two police officers. In addition, my local counsel for various New York cases has had to fly to California as they rushed his mother into hospice. I have a host of things to deal with in New York because of this. I have gone over all of this with AMTRAK's counsel who graciously will not oppose my request.

We request that the dates of your Order of September 25 be moved accordingly. The Amended Complaint would be due October 29. The joint report to you would be due on November 12, 2012.

Thank you very much for your understanding of what I am going through at the present time.

Respectfully submitted,

Mark D. Schwartz, Esquire

CC: Ms. Eleanor R. Farrell, Esq (via email).