# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, : | |
| UNITED STATES DEPARTMENT OF LABOR, : | |
| : | CIVIL ACTION No. |
| Plaintiff,    : | 2:09-cv-00988 MAM |
| : | |
| v.   : | |
| : | |
| JOHN J. KORESKO, V, et al.,   : | |
| : | |
| Defendants.  : | |

---

## ORDER

AND NOW, this _____ day of _____, 2012, upon consideration of Plaintiff's Motion for Leave to Supplemental Complaint, and any response thereto, it is hereby ORDERED that said Motion is GRANTED and Plaintiff's Supplemental Complaint is accepted for filing. Within 20 days, the plaintiff may file a Supplemental Complaint that sets forth all of her claims in one document.

Date:   _____          _____
                                    Mary A. McLaughlin
                                    United States District Judge