**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2012, a true and correct copy of this Motion for Leave to File Supplemental Complaint, Memorandum and proposed Order was filed electronically and made available for viewing and downloading on the Court's ECF system, on the following:

        Jeanne L. Bakker, Esquire
        Montgomery, McCracken,
        Walker & Rhoads, LLP
        123 South Broad Street, 24th Floor
        Philadelphia, PA 19109-1099

        Timothy J. Nieman, Esquire
        Rhoads & Sinon LLP
        One South Market Square, Twelfth Floor
        Harrisburg, PA 17108

        */s/ Linda M. Henry*_____
        Linda M. Henry
        Attorney