**CERTIFICATE OF SERVICE**

     I hereby certify that on October 19, 2012, a true and correct copy of the foregoing Secretary's Response to the Koresko Defendants' Motion for Reconsideration of this Court's Order dated August 3, 2012, or, in the Alternative, Motion for Certification Pursuant to 29 U.S.C.§ 1292 (B) was electronically forwarded to the following:

          Jeanne L. Bakker, Esquire
          Montgomery, McCracken,
          Walker & Rhoads, LLP
          123 South Broad Street, 24th Floor
          Philadelphia, PA 19109-1099

          Timothy J. Nieman, Esquire
          Stephen Moniak, Esquire
          Rhoads & Sinon, LLP
          One South Market Square, 12th Floor
          P.O. Box 1146
          Harrisburg, PA  17108-1146

          */s/ Ashton S. Phillips*
          Attorney