UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Hilda L. Solis, Secretary of Labor, United States Department of Labor | : | CIVIL ACTION |
| Plaintiff, | : | No. 09-cv-00988 |
| v. | : | |
| John J. Koresko V., et al. | : | |
| Defendants. | : | |

FILED
OCT 25 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Cler'.

### ORDER

AND NOW, this 25 day of October, 2012, upon request for an extension of time by Koresko Defendants to file a Reply to the Secretary's Response in Opposition to Koresko Defendants' Motion for Reconsideration of this Court's Order Dated August 3, 2012, and with the consent of all Parties, it is hereby ORDERED that the extension of time is GRANTED:

Koresko Defendants shall file their Reply on or before November 2, 2012.

BY THE COURT:

Mary A. McLaughlin, J.