IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HILDA SOLIS, SECRETARY OF      :      CIVIL ACTION
LABOR, UNITED STATES           :
DEPARTMENT OF LABOR            :
                               :
     v.                        :
                               :
JOHN J. KORESKO, V, et al.     :      No. 09-988

ORDER

AND NOW, this 26th day of October, 2012, upon consideration of the plaintiff's motion for sanctions against the defendants for failing to answer Interrogatories No. 6 and 7 (Docket No. 324), the defendants' response in opposition, and the plaintiff's reply thereto; WHEREAS on October 25, 2012, the parties submitted to the Court a Joint Motion to Modify the Scheduling Order; and WHEREAS the Court has granted that motion; and WHEREAS the new schedule appears to set a new timeline for responses to Interrogatories Nos. 6 and 7, which are the subject of this motion; IT IS HEREBY ORDERED that the plaintiff's motion for sanctions is denied without prejudice.

BY THE COURT:

    /s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.