IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HILDA SOLIS, SECRETARY OF     :     CIVIL ACTION
LABOR, UNITED STATES          :
DEPARTMENT OF LABOR           :
                              :
     v.                       :
                              :
JOHN J. KORESKO, V, et al.    :     No. 09-988


ORDER

AND NOW, this 26th day of October, 2012, upon consideration of the plaintiff's motion to compel answers to her first request for production of Documents Nos. 1-30 and 53-54, (Docket No. 326) and the defendants' response in opposition; WHEREAS on October 25, 2012, the parties submitted to the Court a Joint Motion to Modify the Scheduling Order; and WHEREAS the Court has granted that motion; and WHEREAS the new schedule appears to set a new timeline for responses to the document requests as listed above, which are the subject of this motion; IT IS HEREBY ORDERED that the plaintiff's motion to compel is denied without prejudice.


BY THE COURT:


 /s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.