```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HILDA L. SOLIS, SECRETARY OF   :   CIVIL ACTION
LABOR, UNITED STATES           :
DEPARTMENT OF LABOR            :
                               :
          v.                   :
                               :
JOHN J. KORESKO, V, et al.     :   NO. 09-988
```

ORDER

AND NOW, this 21st day of December, 2012, IT IS HEREBY ORDERED that a status conference is scheduled for January 17, 2013, at 9:30 A.M., in Courtroom 13-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, to discuss the status of the case, including the possibility of settlement.

```
                         BY THE COURT:


                         /s/ Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.
```