```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HILDA SOLIS, SECRETARY OF      :    CIVIL ACTION
LABOR, UNITED STATES           :
DEPARTMENT OF LABOR            :
                               :
     v.                        :
                               :
JOHN J. KORESKO, V, et al.     :    No. 09-988
```

ORDER

AND NOW, this 11th day of March, 2013, IT IS HEREBY ORDERED that a telephone conference is scheduled for March 14, 2013, at 1:30PM.  The purpose of the call shall be to discuss the referral of the case to a magistrate judge for settlement purposes.  Plaintiff's counsel shall initiate the call.


BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.