IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HILDA SOLIS, SECRETARY OF | : | CIVIL ACTION |
| LABOR, UNITED STATES | : | |
| DEPARTMENT OF LABOR | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN J. KORESKO, V, et al. | : | No. 09-988 |

ORDER

AND NOW, this 19th day of March, 2013, IT IS HEREBY
ORDERED that the above-captioned case is referred for settlement
purposes to the Honorable William H. Yohn, Jr.

BY THE COURT:

MARY A. McLAUGHLIN, J.