UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Hilda L. Solis, Secretary of Labor, | : | CIVIL ACTION |
| United States Department of Labor | : | |
| | : | |
| Plaintiff, | : | No. 09-cv-00988 |
| | : | |
| v. | : | |
| | : | |
| John J. Koresko V., et al. | : | |
| | : | |
| Defendants. | : | |

**[ALTERNATIVE] ORDER**

AND NOW, upon consideration of the Koresko Defendants' Motion to Quash the Department of Labor's ("DOL") Subpoenas to the Bank of America ("Motion to Quash") and any response thereto, it is:

**ORDERED** that the Koresko Defendants' Motion to Quash is **GRANTED.** Bank of America is ordered to produce the documents to this Court for an *in camera* review, whereupon this Court will exclude those documents related to third parties not connected to this litigation. Following the *in camera* review, the relevant documents will be provided to the DOL.

Date: _____                      _____
                                                                              McLaughlin, J.