IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HILDA SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | : : : : | CIVIL ACTION |
| v. | : : | |
| JOHN J. KORESKO, V, et al. | : | No. 09-988 |

ORDER

AND NOW, this 28th day of March, 2013, after a telephone conference during which the Court discussed the defendants' Motion to Quash the DOL's Subpoenas to Bank of America (Docket No. 361), IT IS HEREBY ORDERED that the Koresko defendants may file a reply to the DOL's opposition to the motion on or before April 5, 2013.  If the Koresko defendants do not file a reply by that date, the Court will then decide the motion.  If the Koresko defendants do file a reply before April 5, 2013, the DOL shall have one week from the date the reply from the Koresko defendants is filed to file a response, if the DOL deems such a response is necessary.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.