UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Hilda L. Solis, Secretary of Labor, United States Department of Labor | : | CIVIL ACTION |
| Plaintiff, | : | No. 09-cv-00988 |
| v. | : | |
| John J. Koresko V., et al. | : | |
| Defendants. | : | |

## ORDER

And Now, this 9th day of April, 2013, upon consideration of the Koresko Defendants' Motion to Enter a Scheduling Order with respect to the Plaintiff's Second Request for Production of Documents, it is hereby Ordered and Decreed that the Motion is Granted, and, pursuant thereto, IT IS HEREBY ORDERED that:

1. The Koresko Defendants are to continue their investigation of documents within the possession, custody or control of Koresko Defendants as defined by Rule 34 of the Federal Rules of Civil Procedure and will produce non-privileged documents responsive to the Plaintiff's Second Request for Production of Documents not later than May 31, 2013;

2. The Koresko Defendants are to produce to Plaintiff documents responsive to the Plaintiff's Second Request for Production of Documents that are within Koresko Defendants' possession, custody or control as defined by Rule 34 of the Federal Rules of Civil Procedure on a rolling basis timed as follows:

   (i) Not later than the date the parties reach an agreement regarding the confidentiality of documents responsive to Request Number 7;

(ii) Not later than April 15, 2013: documents responsive to Request Number 1;

(iii) Not later than May 1, 2013: documents responsive to Request Numbers 2 and 3;

(iv) Not later than May 15, 2013: documents responsive to Request Number 4;

(v) Not later than May 31, 2013: documents responsive to Request Numbers 5 and 6;

2. The Koresko Defendants shall proceed forthwith with discovery and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed, and completed by May 31, 2013.

BY THE COURT

MARY A. MCLAUGHLIN, J.