UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Hilda L. Solis, Secretary of Labor, United States Department of Labor | : | CIVIL ACTION |
| Plaintiff, | : | No. 09-cv-00988 |
| v. | : | |
| John J. Koresko V., et al. | : | |
| Defendants. | : | |

FILED
APR 1 0 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### CONSENT ORDER

And Now, this 10 day of April, 2013, with the mutual consent of the Parties, IT IS HEREBY ORDERED AND DECREED that:

1. Subject to the entry of this ORDER, the Koresko Defendants hereby withdraw their pending Motion to Quash Subpoenas served upon The Bank of America by the Department of Labor ("DOL" or "Secretary");

2. Within five days of the entry of this ORDER, The Bank of America is directed to produce forthwith to the Secretary, without redaction, all documents responsive to the subpoenas served upon The Bank of America on or about January 29, 2013;

3. Prior to the issuance of any subpoena of the Secretary to any immediate transferee of the items redacted by the Koresko Defendants at Bates Stamp Numbers PNMNT 31431, 31432, or 31436 of their January 25, 2013 production, the Secretary shall make application to this Court for leave to serve any such subpoena on any immediate transferee of the redacted

-2-

transactions identified above by Bates Stamp Numbers; and thereupon, the Koresko Defendants shall have seven (7) days within which to file its objections with this Court to any such subpoena.

BY THE COURT

_____
MARY A. MCLAUGHLIN, J.