# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HILDA L. SOLIS, SECRETARY OF )
LABOR, UNITED STATES DEPARTMENT )
OF LABOR, )
)
)
        Plaintiffs, )
) Case No. 09-988
v. )
)
JOHN J. KORESKO, V, et al. )
)
        Defendants.

## ORDER TO FILE EMERGENCY MOTION UNDER SEAL

And Now, this _____ day of June, 2013, it is ORDERED that Defendants' Motion to File Emergency Motion Under Seal is GRANTED.

The Clerk is directed to file Defendants' Emergency Motion Under Seal.

BY THE COURT

_____
Mary A. McLaughlin, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HILDA L. SOLIS, SECRETARY OF  )
LABOR, UNITED STATES DEPARTMENT )
OF LABOR,  )
 )
        Plaintiffs,  )
 )  Case No. 09-988
v.  )
 )
JOHN J. KORESKO, V, et al.  )
 )
        Defendants.

**MOTION TO FILE EMERGENCY MOTION UNDER SEAL**

Defendants, by their attorneys, respectfully request the Court to order that Defendant's *Emergency Motion to Place the Secretary's Motion for a Temporary Restraining Order and Preliminary Injunction Under Seal and For a Conference With the Court* be filed under seal as it contain confidential information as more fully set forth in Defendant's Emergency Motion.

June 17, 2013

Respectfully submitted,

*Jeanne Bakker* (signature)

Jeanne L. Bakker
PA I.D. #79122
Montgomery, McCracken, Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109
jbakker@mmwr.com
215-772-7521

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing Emergency Motion was sent by email and U.S. Mail to the following:

> Linda M. Henry, Esquire
> Joanne Roskey, Esquire
> Ashton S. Phillips, Esquire
> U.S. Dept. of Labor Office of the Solicitor
> 170 S. Independence Mall West
> Suite 630 The Curtis Center
> Philadelphia, PA 19106
>
> Timothy J. Nieman, Esquire
> Stephen Moniak, Esquire
> Rhoads & Sinon, LLP
> One South Market Square, 12th Floor
> P.O. Box 1146
> Harrisburg, PA 17108-1146

June 17, 2013

*Jeanne Bakker*
Jeanne L. Bakker
PA I.D. #79122
Montgomery, McCracken, Walker & Rhoads, LLP
Attorney for Defendants
123 S. Broad Street
Philadelphia, PA 19109
jbakker@mmwr.com
215/772-7521