MAM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>        Plaintiffs,<br><br>        v.<br><br>JOHN J. KORESKO, V, et al.<br><br>        Defendants. | Case No. 09-988 |

### ORDER TO FILE EMERGENCY MOTION UNDER SEAL

And Now, this 18 day of June, 2013, it is ORDERED that Defendants' Motion to File Emergency Motion Under Seal is GRANTED.

The Clerk is directed to file Defendants' Emergency Motion Under Seal.

BY THE COURT

_____
Mary A. McLaughlin, J.