IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HILDA SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | : : : : | CIVIL ACTION |
| v. | : : | |
| JOHN J. KORESKO, V, et al. | : | No. 09-988 |

ORDER

AND NOW, this 18th day of June, 2013, upon consideration of the Defendants' Emergency Motion to Place the Secretary's Motion for Temporary Restraining Order and Preliminary Injunction Under Seal, (Docket No. 373), IT IS HEREBY ORDERED that the motion is GRANTED on a temporary basis.

The Clerk is directed, upon presentation of the Motion for Temporary Restraining Order and Preliminary Injunction filed by the Secretary, Department of Labor, to file the Secretary's Motion under seal. After the Court receives and reviews the Secretary's motion, the Court will hear argument from counsel regarding whether the Secretary's motion shall remain under seal.

The Court also notes that the Court has not and will not review the letter from the DOL to Judge Yohn that was attached to the Koresko parties' emergency motion.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.