IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST | : : : : | CIVIL ACTION |
| v. | : : | |
| GRETCHEN CASTELLANO | : : | |
| v. | : : | |
| REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST BY PENMONT BENEFIT SERVICES, INC., PLAN ADMINISTRATOR, et al. | : : : : : : | NO. 03-6903 |
| HILDA SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | : : : : | |
| v. | : : | |
| JOHN J. KORESKO, V, et al. | : | NO. 09-988 |
| HARRY R. LARKIN, et al. | : : | |
| v. | : : | |
| PENN PUBLIC TRUST, et al. | : | NO. 11-7421 |
| GREGORY A. OSWOOD et al. | : : | |
| v. | : : | |
| PENN PUBLIC TRUST, et al. | : | NO. 13-0666 |

ORDER

AND NOW, this 26th day of June, 2013, IT IS HEREBY ORDERED that the Court shall hold a combined evidentiary hearing on the Temporary Restraining Order and Preliminary Injunction motions filed in the Department of Labor ("DOL"), Castellano, Larkin, and Oswood cases on July 8, 2013, at 9:30 A.M. in Courtroom 13-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

The motions filed in the Castellano, Larkin, and Oswood cases are substantially identical and they raise similar issues and seek similar relief as the motion filed by the DOL so the interests of judicial economy and efficiency will be served by holding a combined hearing. The cases will be combined for the purposes of the evidentiary hearing only.

The Court initially scheduled the hearing in the Department of Labor case alone because the DOL's motion was temporarily placed under seal. That seal, however, has been lifted so a combined hearing can now proceed.

Because the DOL's case is a broader case and because the DOL's motion contained a fuller record and greater detail about the relevant factual issues, Ms. Henry, of the Department of Labor, is appointed lead counsel for the movants. Counsel for the movants in the non-DOL cases shall communicate with counsel for the DOL regarding preparation and coordination for the hearing. To the extent necessary, counsel for the DOL shall communicate with the Court on behalf of all movants regarding the hearing.

The non-Koresko defendants in the Larkin and Oswood cases are permitted, but not required, to participate in the hearing.

BY THE COURT:

<u>/s/ Mary A. McLaughlin</u>
MARY A. McLAUGHLIN, J.