IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST | : | CIVIL ACTION |
| v. | : | |
| GRETCHEN CASTELLANO | : | |
| v. | : | |
| REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST BY PENMONT BENEFIT SERVICES, INC., PLAN ADMINISTRATOR, et al. | : | NO. 03-6903 |
| HILDA SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | : | |
| v. | : | |
| JOHN J. KORESKO, V, et al. | : | NO. 09-988 |
| HARRY R. LARKIN, et al. | : | |
| v. | : | |
| PENN PUBLIC TRUST, et al. | : | NO. 11-7421 |
| GREGORY A. OSWOOD et al. | : | |
| v. | : | |
| PENN PUBLIC TRUST, et al. | : | NO. 13-0666 |

ORDER

AND NOW, this 27th day of June, 2013, after a telephone conference with counsel for the Department of Labor ("DOL") and the Koresko defendants, IT IS HEREBY ORDERED that the Koresko defendants are granted leave to file their motion for a continuance of the hearing set for July 8, 2013, under seal. The Koresko defendants shall also provide copies of their motion to counsel for the DOL as well as counsel for Ms. Castellano, Mr. Larkin, and Mr. Oswood. The motion shall be for attorneys' eyes only and counsel with access to the motion shall not share the contents of the motion or use the contents of the motion for any purpose unrelated to the motion itself.

The Court will hold a telephone conference with counsel for the Koresko defendants, the DOL, and counsel for Ms. Castellano, Mr. Larkin, and Mr. Oswood on June 28, 2013, at 10:30 A.M. Chambers shall initiate the call.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.