# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | : : : : : | |
| v. | : : | No. 09-988 |
| JOHN J. KORESKO, V, et al. | : : | |
| REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST | : : : : : | |
| v. | : : | No. 03-6903 |
| GRETCHEN CASTELLANO | : : | |
| v. | : : | |
| REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST BY PENMONT BENEFIT SERVICES, INC., PLAN ADMINISTRATOR, et al. | : : : : : : | |
| HARRY R. LARKIN, et al. | : : | |
| v. | : : | No. 11-7421 |
| PENN PUBLIC TRUST, et al. | : : | |
| GREGORY A. OSWOOD et al. | : : | |
| v. | : : | No. 13-0666 |
| PENN PUBLIC TRUST, et al. | : : | |

## ORDER TO FILE MOTION UNDER SEAL

And Now, this _____ day of _____, 2013, it is ORDERED that the Koresko Parties' Motion to file Motion for Continuance of Evidentiary Hearing and for a Protective Order under seal is GRANTED.

The Clerk is directed to file Defendants' Motion under seal.

BY THE COURT

_____
Mary A. McLaughlin, J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, : : : : v. : JOHN J. KORESKO, V, et al. : | No. 09-988 |
| REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST : : : : : v. : GRETCHEN CASTELLANO : : v. : REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST BY PENMONT BENEFIT SERVICES, INC., PLAN ADMINISTRATOR, et al. : | No. 03-6903 |
| HARRY R. LARKIN, et al. : : v. : PENN PUBLIC TRUST, et al. : | No. 11-7421 |
| GREGORY A. OSWOOD et al. : : v. : PENN PUBLIC TRUST, et al. : | No. 13-0666 |

## MOTION TO FILE MOTION UNDER SEAL

The Koresko Parties, by their attorneys, respectfully request the Court to order that the *Koresko Parties' Motion for Continuance of Evidentiary Hearing and for a Protective Order* be filed under seal as it contains confidential information as more fully set forth in the Koresko Parties' Motion.

June 27, 2013

Respectfully submitted,

Jeanne L. Bakker
PA I.D. #79122
Montgomery, McCracken, Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109
jbakker@mmwr.com
215-772-7521

# CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing Motion was sent by email to the following:

        Linda M. Henry, Esquire
        Joanne Roskey, Esquire
        Ashton S. Phillips, Esquire
        U.S. Dept. of Labor Office of the Solicitor
        170 S. Independence Mall West
        Suite 630 The Curtis Center
        Philadelphia, PA 19106

        Ira B. Silverstein, Esq.
        Hargraves McConnell & Costigan, P.C.
        10 Penn Center
        1801 Market Street
        Suite 2300
        Philadelphia, PA 19103

June 27, 2013

        Jeanne L. Bakker
        PA I.D. #79122
        Montgomery, McCracken, Walker & Rhoads, LLP
        Attorney for Defendants
        123 S. Broad Street
        Philadelphia, PA 19109
        jbakker@mmwr.com
        215/772-7521