IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST | : : : : | CIVIL ACTION |
| v. | : : | |
| GRETCHEN CASTELLANO | : : | |
| v. | : : | |
| REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST BY PENMONT BENEFIT SERVICES, INC., PLAN ADMINISTRATOR, et al. | : : : : : : | NO. 03-6903 |
| HILDA SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | : : : : | |
| v. | : : | |
| JOHN J. KORESKO, V, et al. | : | NO. 09-988 |
| HARRY R. LARKIN, et al. | : : | |
| v. | : : | |
| PENN PUBLIC TRUST, et al. | : | NO. 11-7421 |
| GREGORY A. OSWOOD et al. | : : | |
| v. | : : | |
| PENN PUBLIC TRUST, et al. | : | NO. 13-0666 |

ORDER

AND NOW, this 28th day of June, 2013, after an on-the-record telephone conference with counsel in the above-captioned case, IT IS HEREBY ORDERED that the hearing scheduled for July 8, 2013, at 9:30 A.M. in Courtroom 13-A shall proceed as a hearing on the temporary restraining order motions and as a status hearing regarding Mr. Koresko's health. The July 8 hearing will not be a full evidentiary hearing. Instead, the Court will hear arguments regarding interim relief at that hearing and discuss with counsel scheduling an evidentiary hearing.

The deposition of Mr. Koresko scheduled for July 1, 2013, is postponed. At or before the July 8 hearing, counsel for the Koresko defendants shall provide: a second declaration from Dr. Bradley that describes the results of Mr. Koresko's MRI and EEG and any other diagnostic tests performed on Mr. Koresko up to that point as well as Dr. Bradley's diagnosis of Mr. Koresko and opinion regarding Mr. Koresko's ability to participate in a deposition and evidentiary hearing; accident reports and other documentation regarding Mr. Koresko's automobile accident; and medical records regarding Mr. Koresko's

concussion sustained approximately five years ago that the recent automobile accident is alleged to have exacerbated.

All documents related to the motion for a continuance that was filed under seal shall be made available, on an attorneys' eyes only basis, to all counsel of record in each of the above-captioned cases.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.