## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SETH D. HARRIS, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | |
| v. | No. 09-988 |
| JOHN J. KORESKO, V, et al. | |
| REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST | |
| v. | No. 03-6903 |
| GRETCHEN CASTELLANO | |
| v | |
| REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST BY PENMONT BENEFIT SERVICES, INC., PLAN ADMINISTRATOR, et al. | |
| HARRY R. LARKIN, et al. | |
| v. | No. 11-7421 |
| PENN PUBLIC TRUST, et al. | |
| GREGORY A. OSWOOD et al. | |
| v. | No. 13-0666 |
| PENN PUBLIC TRUST, et al. | |

## INTERIM ORDER

Upon consent and agreement of the parties, it is hereby ORDERED that:

1. Except as provided in paragraph 2, all moneys in the following accounts are hereby frozen pending this Court's hearing on the Secretary's Motion for Temporary Restraining Order, which is currently scheduled for July 8th, 2013, and Defendants John J. Koresko, V, PennMont Benefit Services, Inc., Penn Public Trust, Koresko and Associates, P.C. and Koresko Law Firm, P.C., their officers, directors, fiduciaries, agents, employees, service providers, depositories, banks, accountants, attorneys, and any other party acting in concert with or at the direction of any Defendant be and hereby are enjoined from expending, transferring, encumbering, hypothecating, secreting or otherwise disposing of the assets in these accounts, except as ordered by this Court:

    a. All monies in the Bank of America xxxxxx5455 Account ("Pennsylvania IOLTA Trust Accounts, Koresko Law Firm Trtee");

    b. All monies in Continental Bank xxxxxx1146 Account ("Pennsylvania IOLTA Trust Accounts, Koresko Law Firm Trtee");

    c. All monies in the Citizens Bank xxxxxx4872 Account ("CTC TTE KNPC EA Pennmont Welfare Trust");

    d. All monies in the brokerage account at Pershing, LLC, xxxxx8509 in the name of "Penn Public Trust";

    e. All monies in the Continental Bank Account xxxxx1187 ("Penn Public Trust, 419 Account");

    f. All monies in the Continental Bank Account xxxxx1302 ("Penn Public Trust, Inc. PIC Account");

    g. All monies in the Continental Bank Account xxxxx1195 ("Penn Public Trust Inc. 419 Account");

    h. All monies in the Continental Bank Account xxxxx1476 ("Penn Public Trust Inc. 412 Account");

       i. All monies in the Continental Bank Account xxxxx1484 ("Penn Public Trust Inc. 412 Account");

       j. All monies in the Continental Bank Account xxxxx2185 ("Penn Public Trust Inc. SPC Account");

       k. All monies in the Continental Bank Account xxxxx1112 ("Koresko Law Firm Operating Account");

       l. All moneys in the Continental Bank Account xxxxx1732 ("Koresko Law Firm PC");

       m. All moneys in the Continental Bank Account xxxxx1252 ("Koresko Law Firm LTD");

       n. All moneys in the Continental Account xxxxx1104 ("Koresko and Associates PC");

       o. All moneys in the Continental Bank Account xxxxx1880 ("Koresko and Associates PC"); and

       p. All moneys in the Bank of America Account xxxxx7306 ("John J. Koresko V").

2.     During the duration of this temporary freeze, PennMont Benefit Services, Inc., and Penn Public Trust and its officers, directors, fiduciaries, agents, employees, service providers, depositories, banks, accountants, attorneys, and any other party acting in concert with or at the direction of PennMont or Penn Public Trust are authorized to pay out of the Continental Bank Account xxxxx1187, ("Penn Public Trust, 419 Account") insurance premiums on life insurance policies owned by or for the benefit of the REAL VEBA/SEWBP Trust or its constituent employer-level Plans or arrangements.

                          BY THE COURT,

                          *Mary McLaughlin*

                          MARY McLAUGHLIN, J.