IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
_____
REGIONAL EMPLOYERS ASSURANCE      :    CIVIL ACTION
LEAGUES VOLUNTARY EMPLOYEES'      :
BENEFICIARY ASSOCIATION TRUST     :
                                  :
        v.                        :
                                  :
GRETCHEN CASTELLANO               :
                                  :
        v.                        :
                                  :
REGIONAL EMPLOYERS ASSURANCE      :
LEAGUES VOLUNTARY EMPLOYEES'      :
BENEFICIARY ASSOCIATION TRUST     :
BY PENMONT BENEFIT SERVICES,      :
INC., PLAN ADMINISTRATOR,         :
et al.                            :    NO. 03-6903
_____

HILDA SOLIS, SECRETARY OF         :
LABOR, UNITED STATES              :
DEPARTMENT OF LABOR               :
                                  :
        v.                        :
                                  :
JOHN J. KORESKO, V, et al.        :    NO. 09-988
_____
HARRY R. LARKIN, et al.           :
                                  :
        v.                        :
                                  :
PENN PUBLIC TRUST, et al.         :    NO. 11-7421
_____

GREGORY A. OSWOOD et al.          :
                                  :
        v.                        :
                                  :
PENN PUBLIC TRUST, et al.         :    NO. 13-0666
```

1

ORDER

AND NOW, this 9th day of July, 2013, IT IS HEREBY ORDERED that an evidentiary hearing on the motions for a temporary restraining order and preliminary injunction filed by the Department of Labor and private litigants Castellano, Larkin, and Oswood in the above-captioned cases shall be held on August 12, 2013, at 9:30 A.M. in Courtroom 13-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

The deposition of John J. Koresko, V, shall be held on July 30, 2013, in the jury room of Courtroom 13-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, to begin at a time that is mutually agreeable to the parties.

The deposition of Lawrence Koresko shall be held on July 31, 2013.  The deposition of Larry Townsend shall be held on August 1, 2013.  The deposition of Nancy Bonner shall be held on August 2, 2013.  These three depositions shall be held at times and locations that are mutually agreeable to the parties.  The dates of these three depositions may also be changed by mutual agreement of the parties.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.