# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HILDA L. SOLIS

District Court Docket Number: 09-cv-00988

vs.

JOHN J. KORESKO, V et al

Notice of Appeal Filed
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal   \_\_\_\_\_ Paid   __X__ Not Paid   \_\_\_\_\_ Seaman
    Docket Fee   \_\_\_\_\_ Paid   __X__ Not Paid   \_\_\_\_\_ USA/VI

CJA Appointment (Attach Copy of Order)

\_\_\_\_\_ Private Attorney
\_\_\_\_\_ Defender Association or Federal Public Defender
\_\_\_\_\_ Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

\_\_\_\_\_ Motion Granted
\_\_\_\_\_ Motion Denied
\_\_\_\_\_ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

\_\_\_\_\_ Granted
\_\_\_\_\_ Denied
\_\_\_\_\_ Pending

Defendant's Address (for criminal appeals)

Prepared by:  s/Ashley Mastrangelo - 7/10/2013

Deputy Clerk/Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm