# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HILDA L. SOLIS

District Court Docket Number: 09-cv-00988

vs.

JOHN J. KORESKO, V et al

Notice of Appeal Filed
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal _____ Paid __X__ Not Paid _____ Seaman
    Docket Fee _____ Paid __X__ Not Paid _____ USA/VI

CJA Appointment (Attach Copy of Order)

_____ Private Attorney
_____ Defender Association or Federal Public Defender
_____ Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

_____ Motion Granted
_____ Motion Denied
_____ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

_____ Granted
_____ Denied
_____ Pending

Defendant's Address (for criminal appeals)

Prepared by: s/Ashley Mastrangelo - 7/10/2013

Deputy Clerk/Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm