UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **13-3102**

Secretary Department of Labor v. Koresko
(E.D. Pa. No. 2:09-cv-00988)

**ORDER**

Appellants seeks review of the District Court order entered August 6, 2012. The order appealed from does not dismiss all claims as to all parties and has not been certified under Fed. R. Civ. P. 54(b). All parties must file written responses addressing this issue, with a certificate of service attached, within fourteen (14) days from the date of this order.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: July 10, 2013
PDB/cc: All Counsel of Record