UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **13-3103**

Secretary Department of Labor v. Koresko
(E.D. Pa. No. 2:09-cv-00988)

**ORDER**

Appellants seek review of the District Court's order entered June 28, 2013 scheduling a status meeting regarding Defendant Koresko's health. The order appealed may not be final within the meaning of 28 U.S.C. § 1291 or otherwise appealable at this time. All parties shall file written responses addressing this issue, with a certificate of service attached, within fourteen (14) days from the date of this order.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: July 10, 2013
PDB/cc: All Counsel of Record