# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HILDA L. SOLIS                      District Court Docket Number: 09-cv-00988
      vs.
JOHN J. KORESKO, et al

Notice of Appeal Filed: 7/10/2013
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal ____Paid __X__Not Paid ____Seaman
    Docket Fee         ____Paid __X__Not Paid ____USA/VI

CJA Appointment (Attach Copy of Order)

____Private Attorney
____Defender Association or Federal Public Defender
____Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

____Motion Granted
____Motion Denied
____Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

____Granted
____Denied
____Pending

Defendant's Address (for criminal appeals)


Prepared by:  s/Ashley Mastrangelo - 7/11/2013
                         Deputy Clerk/Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm