```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HILDA SOLIS, SECRETARY OF       :    CIVIL ACTION
LABOR, UNITED STATES            :
DEPARTMENT OF LABOR             :
                                :
     v.                         :
                                :
JOHN J. KORESKO, V, et al.      :    No. 09-988
```

ORDER

      AND NOW, this 10th day of July, 2013, IT IS HEREBY ORDERED that the documents filed as Docket Nos. 401 and 402 shall remain under seal.

```
                         BY THE COURT:


                         /s/ Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.
```