UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **13-3130**

Secretary Department of Labor v. Koresko
(E.D. Pa. Nos. 2:09-cv-00988; 2:03-cv-06903; 2:11-cv-07421; 2:13-cv-0666)

**ORDER**

Appellants seek review of the District Court's order entered July 9, 2013. The order appealed may not final within the meaning of 28 U.S.C. § 1291 and may not be otherwise appealable at this time. All parties must file written responses addressing this issue, with a certificate of service attached no later than July 24, 2013.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: July 16, 2013
PDB/cc: All Counsel of Record