IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 09-988<br>)<br>) |
| JOHN J. KORESKO, V, et al. | )<br>) |
| Defendants. | |

**ORDER TO FILE MOTION TO WITHDRAW UNDER SEAL**

And Now, this _____ day of July, 2013, it is ORDERED that the Motion to File Motion to Withdraw Under Seal is GRANTED.

The Clerk is directed to file the Motion to Withdraw as Counsel for Koresko Defendants UNDER SEAL.

BY THE COURT

_____
Mary A. McLaughlin, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HILDA L. SOLIS, SECRETARY OF )
LABOR, UNITED STATES DEPARTMENT )
OF LABOR, )
)
Plaintiffs, )
) Case No. 09-988
v. )
)
JOHN J. KORESKO, V, et al. )
)
Defendants.

**MOTION TO FILE MOTION TO WITHDRAW UNDER SEAL**

Undersigned Counsel respectfully requests the Court to order that the Motion to Withdraw as Counsel for Koresko Defendants be filed under seal as it contains confidential information as more fully set forth in the Motion to Withdraw.

July 16, 2013

Respectfully submitted,

*Jeanne L. Bakker /lk*

Jeanne L. Bakker
PA I.D. #79122
Montgomery, McCracken, Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109
jbakker@mmwr.com
215-772-7521

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing motion to file under seal was sent by email to the following:

Linda M. Henry, Esquire
U.S. Dept. of Labor Office of the Solicitor
170 S. Independence Mall West
Suite 630 The Curtis Center
Philadelphia, PA 19106

John J. Koresko, V, Esquire
Koresko Law Firm
200 West Fourth Street
Bridgeport, PA 19405

July 16, 2013

*Jeanne L. Bakker/jlk*
Jeanne L. Bakker
PA I.D. #79122
Montgomery, McCracken, Walker & Rhoads, LLP
Attorney for Defendants
123 S. Broad Street
Philadelphia, PA 19109
jbakker@mmwr.com
215/772-7521