

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HILDA L. SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) |
| Plaintiffs, | ) ) ) Case No. 09-988 |
| v. | ) ) |
| JOHN J. KORESKO, V, et al. | ) ) ) |
| Defendants. | |

### ORDER TO FILE MOTION TO WITHDRAW UNDER SEAL

And Now, this 17th day of July, 2013, it is ORDERED that the Motion to File Motion to Withdraw Under Seal is GRANTED.

The Clerk is directed to file the Motion to Withdraw as Counsel for Koresko Defendants UNDER SEAL.

BY THE COURT

_____
Mary A. McLaughlin, J.