```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HILDA SOLIS, SECRETARY OF      :    CIVIL ACTION
LABOR, UNITED STATES           :
DEPARTMENT OF LABOR            :
                               :
     v.                        :
                               :
JOHN J. KORESKO, V, et al.     :    No. 09-988
```

ORDER

AND NOW, this 18th day of July, 2013, upon receipt of the Koresko defendants' Request for Emergency Injunction (Docket No. 426), IT IS HEREBY ORDERED that the Department of Labor shall file its response to the motion by July 19, 2013.

An on-the-record telephone conference to discuss the motion is scheduled for July 22, 2013, at 10:30 A.M. The Department of Labor shall initiate the call.


```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```