```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HILDA SOLIS, SECRETARY OF      :    CIVIL ACTION
LABOR, UNITED STATES           :
DEPARTMENT OF LABOR            :
                               :
     v.                        :
                               :
JOHN J. KORESKO, V, et al.     :    No. 09-988
```

ORDER

AND NOW, this 22nd day of July, 2013, upon consideration of the Koresko Defendants Motion to Stay Further Proceedings and Postpone Hearing (Docket No. 432), for the reasons stated on the record during a telephone conference with counsel held on July 22, 2013, IT IS HEREBY ORDERED that the Koresko defendants' request to postpone the evidentiary hearing scheduled for August 12, 2013, is DENIED.

The Department of Labor is directed to file its response to the Koresko defendants' points regarding unfreezing certain bank accounts, contained in paragraphs 21-27 of the Koresko defendants' motion, by July 23, 2013.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.