IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST | : | CIVIL ACTION |
| v. | : | |
| GRETCHEN CASTELLANO | : | |
| v. | : | |
| REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST BY PENMONT BENEFIT SERVICES, INC., PLAN ADMINISTRATOR, et al. | : | NO. 03-6903 |
| HILDA SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | : | |
| v. | : | |
| JOHN J. KORESKO, V, et al. | : | NO. 09-988 |
| HARRY R. LARKIN, et al. | : | |
| v. | : | |
| PENN PUBLIC TRUST, et al. | : | NO. 11-7421 |
| GREGORY A. OSWOOD et al. | : | |
| v. | : | |
| PENN PUBLIC TRUST, et al. | : | NO. 13-0666 |

ORDER

AND NOW, this 24th day of July, 2013, in light of the schedule set for the preliminary injunction motions filed in the above-captioned cases, IT IS HEREBY ORDERED that any party who wishes to file an objection to the Motion to Withdraw filed by Montgomery McCracken Walker & Rhoads, LLP shall file that objection on or before July 25, 2013.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.