IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST | : | CIVIL ACTION |
| v. | : | |
| GRETCHEN CASTELLANO | : | |
| v. | : | |
| REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST BY PENMONT BENEFIT SERVICES, INC., PLAN ADMINISTRATOR, et al. | : | NO. 03-6903 |
| HILDA SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | : | |
| v. | : | |
| JOHN J. KORESKO, V, et al. | : | NO. 09-988 |
| HARRY R. LARKIN, et al. | : | |
| v. | : | |
| PENN PUBLIC TRUST, et al. | : | NO. 11-7421 |
| GREGORY A. OSWOOD et al. | : | |
| v. | : | |
| PENN PUBLIC TRUST, et al. | : | NO. 13-0666 |

ORDER

AND NOW, this 24th day of July, 2013, whereas the Court held a telephone conference on July 22, 2013, during which the Court instructed John J. Koresko, V, to submit any comments the Koresko defendants had regarding the language to use in an order restricting the ability of the Koresko defendants to withdraw the cash value of certain insurance policies; and whereas the Court did not receive any comments from the Koresko defendants on July 22, 2013; and whereas the Court entered an Interim Order on July 23, 2013, restricting the Koresko defendants' ability to withdraw the cash value of certain insurance policies (the "Interim Order"); and whereas the Koresko defendants submitted their own proposed language for such an order on July 23, 2013, after the Court had prepared and signed the Interim Order; and whereas the Court reviewed the Koresko defendants' proposal and did not find that any revision of the Interim Order was necessary;

IT IS HEREBY ORDERED that if during the pendency of the Interim Order, issues arise regarding the ability of the Koresko defendants to comply with the terms of the Interim Order, the Koresko defendants may inform both the Court and opposing counsel of those issues.

The Court notes, however, that the issue of an alleged conflict of interest with certain attorneys appearing in the private actions, which the Koresko defendants raised in their proposal, is a separate issue that the Court will not consider absent a motion properly raising the issue.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.