IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REGIONAL EMPLOYERS' ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST, BY PENNMONT BENEFIT SERVICES, INC.,** Plan Administrator, | : : : : : | **CIVIL ACTION** <br><br> NO. 03-6903 |
| vs. | : : | |
| **GRETCHEN HUTTO CASTELLANO** | : : | |

| | | |
|---|---|---|
| **SETH D. HARRIS, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR** | : : : : : | NO. 09-988 |
| vs. | : : | |
| **JOHN J. KORESKO, V, et al.** | : | |

| | | |
|---|---|---|
| **HARRY R. LARKIN, et al.** | : : | |
| vs. | : : | NO. 11-7421 |
| **PENN PUBLIC TRUST, et al.** | : : | |

| | | |
|---|---|---|
| **GREGORY A. OSWOOD, et al.** | : : : | NO. 13-0666 |
| vs. | : : | |
| **PENN PUBLIC TRUST, et al.** | : | |

## SUGGESTION OF BANKRUPTCY

**PLEASE BE ADVISED** that on July 23, 2013, the following entities filed voluntary petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), commencing cases captioned:

1. *In re Regional Employers' Assurance Leagues Voluntary Employees' Beneficiary Association Trust*, Case No. 13-16440

2. *In re Single Employer Welfare Benefit Plan Trust*, Case No. 13-16441;

3. *In re Penn Public Trust*, Case No. 13-16443;

4. *In re Penn-Mont Benefit Services, Inc.*, Case No. 13-16444;

5. *In re Koresko & Associates, P.C.*, Case No. 13-16445; and

6. *In re Koresko Law Firm, P.C.*, Case No. 13-16446.

These cases are now pending in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "Bankruptcy Court"). Attached hereto as Exhibit A are copies of the chapter 11 petitions.

Pursuant to 11 U.S.C. § 362, an automatic stay may be in effect, in which any pending proceedings may be stayed pursuant to the aforementioned statutory authority, subject to any exceptions set forth therein. This pleading merely serves the limited purpose of advising the Court and parties below of the aforementioned bankruptcy proceeding.

Respectfully submitted,

_____
John J. Koresko, V, Esquire

Dated: July 25, 2013