IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST | : : : : | CIVIL ACTION |
| v. | : : | |
| GRETCHEN CASTELLANO | : : | |
| v. | : : | |
| REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST BY PENMONT BENEFIT SERVICES, INC., PLAN ADMINISTRATOR, et al. | : : : : : : | NO. 03-6903 |
| HILDA SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | : : : : | |
| v. | : : | |
| JOHN J. KORESKO, V, et al. | : | NO. 09-988 |
| HARRY R. LARKIN, et al. | : : | |
| v. | : : | |
| PENN PUBLIC TRUST, et al. | : | NO. 11-7421 |
| GREGORY A. OSWOOD et al. | : : | |
| v. | : : | |
| PENN PUBLIC TRUST, et al. | : | NO. 13-0666 |

ORDER

AND NOW, this 25th day of July, 2013, whereas the Koresko defendants filed a Notice of Bankruptcy stating that some of the Koresko defendants have filed voluntary petitions under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania, IT IS HEREBY ORDERED that the parties other than the Koresko defendants shall file in this Court on or before 5PM on July 26, 2013, their view of how the Court should proceed in light of the bankruptcy filings. The Court will not decide any pending motions until it receives the parties' filings.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.