UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------
THOMAS E. PEREZ, SECRETARY OF LABOR, :     CIVIL ACTION
UNITED STATES DEPARTMENT OF LABOR, :
                                             :
Plaintiff,                                :     No. 09-cv-988
                                             :
v.                                                     :
                                             :
JOHN J. KORESKO, V., *et al*,       :
                                             :
Defendants                              :
------------------------------------

**ORDER**

AND NOW, this 29 day of July, 2013, IT IS HEREBY ORDERED that the deposition of John J. Koresko, V, shall be held on July 31, 2013, in the jury room of Courtroom 13-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, to begin at a time that is mutually agreeable to the parties. The deposition of Lawrence Koresko shall be held on August 1, 2013 and the deposition of Larry Townsend shall be held on August 2, 2013 at the same location.

BY THE COURT:

*/s/ Mary A. McLaughlin*
Mary A. McLaughlin, J.