```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HILDA SOLIS, SECRETARY OF     :    CIVIL ACTION
LABOR, UNITED STATES          :
DEPARTMENT OF LABOR           :
                              :
     v.                       :
                              :
JOHN J. KORESKO, V, et al.    :    No. 09-988
```

ORDER

AND NOW, this 30th day of July, 2013, IT IS HEREBY ORDERED that the parties shall exchange the identification of witnesses and exhibits to be used at the August 12, 2013, hearing with each other on or before August 6, 2013.

The Court also notes that in the Motion for Reconsideration filed by the Koresko Defendants on July 25, 2013, the motion refers to a spreadsheet listing the insurance policies against which the Koresko Defendants made withdrawals.  The motion states that the Koresko Defendants faxed that spreadsheet to the Court, but the Court did not receive any copy of such a spreadsheet.  The Koresko Defendants shall fax a copy of that spreadsheet to the Court and to the parties or upload the spreadsheet onto ECF.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.