IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SETH D. HARRIS, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | : : : : | NO. 09-988 |
| vs. | : : | |
| JOHN J. KORESKO, V, et al. | : | |

## KORESKO PARTIES' MOTION FOR RECONSIDERATION OF ORDERS ENTERED ON JULY 29, 2013

Defendants Koresko Law Firm, P.C., John J. Koresko, V, Jeanne Bonney, Koresko & Associates, P.C., PennMont Benefit Services, Inc., the Regional Employers' Assurance Leagues Voluntary Employees' Beneficiary Association Trust, the Single Employer Welfare Benefit Plan Trust and Penn Public Trust (the "Koresko Parties"), respectfully request that this court reconsider its Orders issued on July 29, 2013, holding that the instant action shall remain active and shall proceed as it is exempt from the automatic stay [Dkt. 446] and that the depositions of John J. Koresko, V, Lawrence Koresko and Larry Townsend, scheduled for July 31, 2013, August 1, 2013 and August 2, 2013, respectively, shall be held [Dkt. 447].

In support of this Motion, the Koresko Parties submit the attached Memorandum of Law in Support of Motion of Debtors-in-Possession to Stay District Court Action Pursuant to 11 U.S.C. § 362(a)(1) or 11 U.S.C. § 105(a) [Exhibit "A"] and the Adversary Complaint [Exhibit "B"] filed in the United States Bankruptcy Court today.

                                  Respectfully submitted,

                                  *[signature]*

                                  John J. Koresko, V, Esquire
                                  Koresko Law Firm, P.C.
                                  PA I.D. No. 42795
                                  200 West Fourth Street
                                  Bridgeport, PA  19405
                                  610-992-2200

July 30, 2013