**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THOMAS E. PEREZ, SECRETARY OF** | : | |
| **LABOR, UNITED STATES DEPARTMENT** | : | |
| **OF LABOR** | : | |
| | : | **NO. 09-988** |
| **vs.** | : | |
| | : | |
| **JOHN J. KORESKO, V, et al.** | : | |

# NOTICE OF APPEAL

Notice is hereby given that JOHN J. KORESKO, V, JEANNE BONNEY, REGIONAL

EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY

ASSOCIATION TRUST, SINGLE EMPLOYER WELFARE BENEFIT PLAN TRUST, PENN

PUBLIC TRUST, PENNMONT BENEFIT SERVICES, INC., KORESKO LAW FIRM, P.C.

AND KORESKO & ASSOCIATES, P.C., Defendants in the above named case, hereby appeal to

the United States Court of Appeals for the Third Circuit from the Order entered on the 29th day

of July, 2013, holding that the instant action shall remain active and shall proceed as it is exempt

from the automatic stay [Dkt. 446].

Respectfully submitted,

John J. Koresko, V, Esquire
Koresko Law Firm, P.C.
PA I.D. No. 42795
200 West Fourth Street
Bridgeport, PA  19405
610-992-2200

July 30, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appeal has been served upon all interested parties and counsel by electronic means on the date noted below:

The Honorable Mary A. McLaughlin
United States District Court for
the Eastern District of PA
601 Market Street, Room 13614
Philadelphia, PA  19106

Linda M. Henry, Esquire
Joanne Roskey, Esquire
Ashton S. Phillips, Esquire
U.S. Dept of Labor Office of the Solicitor
170 S. Independence Mall West
Suite 630 The Curtis Center
Philadelphia, PA  19106

_____
John J. Koresko, V, Esquire

July 30, 2013