## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS E. PEREZ, SECRETARY OF        :
LABOR, UNITED STATES DEPARTMENT     :
OF LABOR                                       :
                                             :      **NO. 09-988**
         **vs.**                       :
                                             :
JOHN J. KORESKO, V, et al.                :

## NOTICE OF APPEAL

Notice is hereby given that JOHN J. KORESKO, V, JEANNE BONNEY, REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST, SINGLE EMPLOYER WELFARE BENEFIT PLAN TRUST, PENN PUBLIC TRUST, PENNMONT BENEFIT SERVICES, INC., KORESKO LAW FIRM, P.C. AND KORESKO & ASSOCIATES, P.C., Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order entered on the 29th day of July, 2013, permitting the depositions of John J. Koresko, V, Lawrence Koresko and Larry Townsend to proceed [Dkt. 447].

Respectfully submitted,

John J. Koresko, V, Esquire
Koresko Law Firm, P.C.
PA I.D. No. 42795
200 West Fourth Street
Bridgeport, PA  19405
610-992-2200

July 30, 2013

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Notice of Appeal has been served upon all

interested parties and counsel by electronic means on the date noted below:


The Honorable Mary A. McLaughlin
United States District Court for
the Eastern District of PA
601 Market Street, Room 13614
Philadelphia, PA  19106

Linda M. Henry, Esquire
Joanne Roskey, Esquire
Ashton S. Phillips, Esquire
U.S. Dept of Labor Office of the Solicitor
170 S. Independence Mall West
Suite 630 The Curtis Center
Philadelphia, PA  19106


_____
John J. Koresko, V, Esquire

July 30, 2013