# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HILDA L. SOLIS                                                         District Court Docket Number: 09-cv00988
      vs.
JOHN J. KORESKO, V, et al

Notice of Appeal Filed
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal _____ Paid __X__ Not Paid _____ Seaman
    Docket Fee       _____ Paid __X__ Not Paid _____ USA/VI

CJA Appointment (Attach Copy of Order)

_____ Private Attorney
_____ Defender Association or Federal Public Defender
_____ Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

_____ Motion Granted
_____ Motion Denied
_____ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

_____ Granted
_____ Denied
_____ Pending

                                 Defendant's Address (for criminal appeals)


                     Prepared by:   s/Ashley Mastrangelo-7/31/2013
                                 Deputy Clerk/Signature/Date


PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm