```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HILDA SOLIS, SECRETARY OF      :    CIVIL ACTION
LABOR, UNITED STATES           :
DEPARTMENT OF LABOR            :
                               :
     v.                        :
                               :
JOHN J. KORESKO, V, et al.     :    No. 09-988
```

ORDER

AND NOW, this 30th day of June, 2013, upon consideration of the Motion to Withdrawal as Counsel for the Koresko Parties, filed, under seal, in the above-captioned case on behalf of Jeanne L. Bakker, Esquire, and the law firm of Montgomery, McCracken, Walker & Rhoads, LLP, (Docket No. 424), IT IS HEREBY ORDERED for the reasons stated on the record during proceedings in chambers on July 8, 2013, and during a telephone conferences held on July 30, 2013, that the motion is GRANTED; effective immediately.

                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.