IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HILDA SOLIS, SECRETARY OF    :    CIVIL ACTION
LABOR, UNITED STATES         :
DEPARTMENT OF LABOR          :
                             :
     v.                      :
                             :
JOHN J. KORESKO, V, et al.   :    No. 09-988

ORDER

AND NOW, this 30th day of July, 2013, in light of the
Koresko Defendants' Motion for Reconsideration and Motion for a
Protective Order and the telephone conference held with counsel
on July 30, 2013, IT IS HEREBY ORDERED that the depositions
scheduled for this week and the hearing scheduled for August 12,
2013, shall be continued until the Court has an opportunity to
review the motion for reconsideration and to consider what action
to take with respect to the entity defendants who are now without
counsel.

The Court had hoped to keep this matter on track for an
evidentiary hearing that had originally been scheduled for July
8, 2013, but had been continued at the request of Mr. Koresko for
alleged health reasons.  The Court is very concerned with the
evidence presented by DOL in its motion for a temporary
restraining order and preliminary injunction.

But in view of the filing of bankruptcy petitions by
all defendants except Mr. Koresko and Ms. Bonney, Mr. Koresko's

filing this afternoon of a motion for reconsideration of the Court's July 29, 2013 order, attaching a 50 page memorandum of law and a 30 page adversarial complaint filed in the bankruptcy court, and the Court's decision to grant the motion of Jeanne Bakker and the law firm of Montgomery, McCracken, Walker & Rhoads, LLP, to withdraw as counsel for the defendants, the Court concludes that it does not make practical sense to try and go forward with the depositions that were scheduled this week or the hearing of August 12, 2013.


BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.