```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HILDA SOLIS, SECRETARY OF       :    CIVIL ACTION
LABOR, UNITED STATES            :
DEPARTMENT OF LABOR             :
                                :
     v.                         :
                                :
JOHN J. KORESKO, V, et al.      :    No. 09-988
```

ORDER

AND NOW, this 31st day of July, 2013, whereas the Koresko parties filed a motion for protective order and stay pending appeal (the "motion") (Docket No. 450); and whereas on July 30, 2013, the Court entered an order stating that the previously scheduled depositions and evidentiary hearing would be postponed, IT IS HEREBY ORDERED that the Koresko parties' motion is denied as moot.

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```