```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HILDA SOLIS, SECRETARY OF      :    CIVIL ACTION
LABOR, UNITED STATES           :
DEPARTMENT OF LABOR            :
                               :
     v.                        :
                               :
JOHN J. KORESKO, V, et al.     :    No. 09-988
```

ORDER

AND NOW, this 1st day of August, 2013, IT IS HEREBY ORDERED that the Department of Labor shall respond to the Koresko defendants' Motion for Reconsideration (Docket No. 449), which was filed on July 30, 2013, on or before August 16, 2013.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.