```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HILDA SOLIS, SECRETARY OF      :    CIVIL ACTION
LABOR, UNITED STATES           :
DEPARTMENT OF LABOR            :
                               :
     v.                        :
                               :
JOHN J. KORESKO, V, et al.     :    No. 09-988
```

ORDER


AND NOW, this 2nd day of August, 2013, upon consideration of the Koresko defendants' Motion for an Injunction and Rule 11 Sanctions (Docket No. 426), which related to a press release issued by the Department of Labor; the Department of Labor's Response (Docket No. 428); and after holding an on the record telephone conference to discuss the motion on July 22, 2013; IT IS HEREBY ORDERED that the motion is DENIED for the reasons stated on the July 22, 2013, telephone conference.


                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.