IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


HILDA SOLIS, SECRETARY OF      :      CIVIL ACTION
LABOR, UNITED STATES           :
DEPARTMENT OF LABOR            :
                               :
     v.                        :
                               :
JOHN J. KORESKO, V, et al.     :      No. 09-988


ORDER


AND NOW, this 2nd day of August, 2013, upon consideration of the Koresko defendants' Motion for Reconsideration of the Court's Interim Order Dated July 23, 2013, (Docket No. 440), IT IS HEREBY ORDERED that the motion is DENIED.

The Court considered the Koresko defendants' arguments, but declines to modify the Interim Order entered on July 23, 2013, in light of those arguments.  The Court notes that the Koresko defendants have previously been informed that they can raise specific issues regarding compliance with the Interim Order with the Court and opposing counsel as they arise.


                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.