IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HILDA SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | : : : : | CIVIL ACTION |
| v. | : : | |
| JOHN J. KORESKO, V, et al. | : | No. 09-988 |

## ORDER

AND NOW, this 28th day of August, 2013, IT IS HEREBY ORDERED that the defendants shall respond to Plaintiff's Motion for Clarification of Order and Supplemental Order (Docket No. 472) on or before 5:00 PM on September 3, 2013.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.