IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HILDA SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | : : : : | CIVIL ACTION |
| v. | : : | |
| JOHN J. KORESKO, V, et al. | : | No. 09-988 |

ORDER

AND NOW, this 28th day of August, 2013, upon consideration of the Koresko Parties' Motion for Reconsideration of Orders Entered on July 29, 2013 (Docket No. 449), and the opposition thereto, IT IS HEREBY ORDERED that the motion is DENIED.

IT IS FURTHER ORDERED that the parties shall file in this Court on or before 5:00 PM on September 9, 2013, a proposed schedule for completion of the outstanding depositions and a preliminary injunction hearing.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.