IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HILDA SOLIS, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | : : : : | CIVIL ACTION |
| v. | : : | |
| JOHN J. KORESKO, V, et al. | : | NO. 09-988 |

ORDER

AND NOW, this 29th day of August, 2013, upon consideration of defendants' Motion to Postpone Injunction Hearing until Trial, Postpone Trial, Release Frozen Funds and Postpone Further Proceedings (Docket #432), and the plaintiff's opposition thereto, IT IS HEREBY ORDERED that said motion is DENIED.  The part of the motion that requests postponement of the August injunction hearing is moot.  The rest of the motion is DENIED.  Circumstances have changed since the filing of the motion and the Court will be considering all issues in connection with the rescheduling of the preliminary injunction hearing.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.