MAM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | : : : : | CIVIL ACTION |
| | : | **FILED UNDER SEAL** |
| v. | : : | |
| JOHN J. KORESKO, V, et al. | : | No. 09-988 |

ORDER

AND NOW, this 8th day of November, 2013, whereas the Court was sent a letter on November 8, 2013, by The Wagner Law Group regarding one account for which they requested an ex parte freeze, IT IS HEREBY ORDERED that all moneys in the following accounts are hereby frozen pending further Order from this Court.

Defendants John J. Koresko, V, PennMont Benefit Services, Inc., Penn Public Trust, Koresko and Associates, P.C., and Koresko Law Firm, P.C., their officers, directors, fiduciaries, agents, employees, service providers, depositories, banks, accountants, attorneys, and any other party acting in concert with or at the direction of those defendants be and hereby are enjoined from expending, transferring, encumbering, hypothecating, secreting or otherwise disposing of the assets in these accounts, except as ordered by this Court:

  a. All moneys in the Raymond James Asset Management ("Raymond James") Investment Account under the EIN

of Penn Public Trust, but with a name on the account related to the Newell Family Trust.

IT IS FURTHER ORDERED that the Independent Fiduciary shall assume and is hereby granted full authority and control over the account frozen in this Order.

IT IS FURTHER ORDERED that the Independent Fiduciary is authorized to obtain from Raymond James the account history of the account listed above, as well as any other account held in the name of or under the EIN of the Koresko entities identified in the Court's September 16 Order, regardless of who has signature authority over those accounts and regardless of the names used in opening the accounts.

The Court issued this Order ex parte in order to preserve the status quo with regard to the assets of the trusts at issue in this case. Any of the litigants in this matter, however, may request from the Court that these funds be unfrozen.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.