```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS E. PEREZ, SECRETARY OF  :    CIVIL ACTION
LABOR, UNITED STATES           :
DEPARTMENT OF LABOR            :
                               :
     v.                        :
                               :
JOHN J. KORESKO, V, et al.     :    No. 09-988
```

ORDER

AND NOW, this 9th day of December, 2014, upon consideration of Mr. Koresko's emergency motion for a stay pending appeal, IT IS HEREBY ORDERED that the motion is DENIED.

Over the course of this already five year long litigation, Mr. Koresko has submitted various motions to stay with the effect of delaying the adjudication of this case. From the extensive record before this Court, it appears that, at every instance when Mr. Koresko has been asked to comply with an Order he disagrees with, he has resorted to motions to stay. But, like the others, the current motion before the Court has no merit and the Court has no choice but to deny it.

As a starting point, Mr. Koresko always reserves his right to remedy any mistakes of this Court on appeal, once this case is decided. But attempting to delay adjudication serves no purpose.

With respect to Mr. Koresko's concerns regarding his representation, it is worth noting that, before Dilworth Paxson

LLP took over his case -- and, as of today, expended over $800,000 in Trusts' assets in representing Mr. Koresko in this matter -- Montgomery McCracken LLP had served as Mr. Koresko's counsel and expended over $1.2 million in Trusts' assets.  Given those numbers, it is hard to imagine what Mr. Koresko envisions as representation different from what he already has.

For the reasons stated above, and because the motion has no merit, the motion is denied.


BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.