```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS E. PEREZ, SECRETARY OF  :   CIVIL ACTION
LABOR, UNITED STATES           :
DEPARTMENT OF LABOR            :
                               :
     v.                        :
                               :
JOHN J. KORESKO, V, et al.     :   No. 09-988
```

ORDER

AND NOW, this 13th day of May, 2015, upon consideration of Mr. Koresko's motion for a new trial or, in the alternative, to alter or amend judgment pursuant to Rule 59 (Docket No. 1168); Ms. Bonney's letter requesting various amendments to the findings of fact and conclusions of law (Docket No. 1182); and the U.S. Department of Labor's responses to each (Docket Nos. 1179, 1194), IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the March 13 Judgment and Order (Docket No. 1149) is amended to reduce the Koresko Defendants'[1] total liability by $79,568.74, from $38,417,109.63 to $38,337,540.89 (Docket No. 1149).

---

[1] The "Koresko Defendants" include John J. Koresko, V; PennMont Benefit Services, Inc.; Koresko & Associates, P.C.; Koresko Law Firm, P.C.; and Penn Public Trust. Perez v. Koresko, No. 09-cv-988, 2015 WL 505471, at *90 (E.D. Pa. Feb. 6, 2015) judgment entered, No. 09-cv-988, 2015 WL 1182846 (E.D. Pa. Mar. 13, 2015).

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```