IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HILDA L. SOLIS,**<br>　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**JOHN J. KORESKO, V, JEANNE BONNEY, PENN-MONT BENEFIT SERVICES, INC., KORESKO & ASSOCIATES, P.C., REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST, SINGLE EMPLOYER WELFARE BENEFIT PLAN TRUST**<br>　　　　　**Defendants.**<br><br>　　　v.<br><br>**NATIONWIDE LIFE INSURANCE COMPANY**<br>　　　　　**Movant** | **CIVIL ACTION**<br><br><br><br>**NO.  09-988** |

**O R D E R**

　　　**AND NOW**, this 29th day of August, 2016, upon consideration of Defendant John J. Koresko's ("Koresko") submissions dated June 20 (ECF No. 1346), July 21 (ECF No. 1362), July 25 (ECF No. 1363), August 9 (ECF No. 1375), August 15 (ECF No. 1379), August 16 (ECF No. 1380), and August 23, 2016 (ECF No. 1385) (collectively, "the Motion"), Plaintiff's Response in Opposition thereto (ECF No. 1357), and Plaintiff's Statement of Supplemental Authority (ECF No. 1364), **IT IS HEREBY ORDERED** that:

1. The Motion is **DENIED**;

2. Koresko is prohibited from submitting any further documents relating to this case absent leave of Court, pursuant to Fed. R. Civ. P. 11(b) and *Matter of Packer Ave Assoc.*, 884

F.2d 745 (3d Cir. 1989).  In seeking leave of court, Koresko must first certify that the claims he wishes to present are new claims, never before raised and disposed of on the merits by any federal court.  Upon a failure to certify or upon a false certification, Koresko may be found in contempt of court and punished accordingly.

                    **BY THE COURT:**

                    **/S/WENDY BEETLESTONE, J.**

                    _____
                    **WENDY BEETLESTONE, J.**