IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD C. HUGLER, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | : : : : | CIVIL ACTION |
| v. | : : | |
| JOHN J. KORESKO, V, et al. | : | NO. 09-988 |

# **O R D E R**

AND NOW, this 18th day of April, 2017, upon consideration of the Department of Labor's Motion for Equitable Distribution (Doc. 1384), the Unified Model of Distribution, the objection by Omni Management and Consultants Unlimited, Inc. (Doc. 1439), the DOL's initial response and supplemental response with attachments (Docs. 1448 & 1473), and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Doc. 1486), **IT IS ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. The Objection by Omni (Doc.1439) is **OVERRULED**.

3. Omni is considered a closed/terminated plan for purposes of the distribution of trust assets pursuant to the Unified Model.

BY THE COURT:


/s/ Wendy Beetlestone

_____
WENDY BEETLESTONE, J.