IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

R. ALEXANDER ACOSTA, : CIVIL ACTION
SECRETARY OF LABOR, UNITED :
STATES DEPARTMENT OF LABOR :
:
v. :
:
JOHN J. KORESKO, V, et al. : NO. 09-988

# **O R D E R**

AND NOW, this 30th day of January, 2018, upon consideration of Ming Court's plan documents, the updated Plan Sponsor Statement, the Department of Labor's supplemental filing, and notice from the plan sponsor that Ming Court has no objection to the updated plan sponsor statement, IT IS HEREBY ORDERED that the annuity proceeds will be subject to the asset shortfall discount, and distributed along with any other Ming Court assets as determined by Marcum at the time the Trusts are liquidated.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.