IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, AND THE UNITED STATES DEPARTMENT OF LABOR<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>JOHN J. KORESKO, V, JEANNE BONNEY, PENN-MONT BENEFIT SERVICES, INC., KORESKO & ASSOCIATES, P.C., REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST, AND SINGLE EMPLOYER WELFARE BENEFIT PLAN TRUST<br>　　　　Defendants,<br><br>　　　v.<br><br>CHARLES PARSONS, PARSONS & ASSOCIATES CHARTERED WELFARE BENEFIT PLAN<br>　　　　Movant. | CIVIL ACTION<br><br>NO. 09-988 |

## **O R D E R**

**AND NOW**, this 5th day of November, 2018, upon consideration of Intervenors' Motion for Approval of Settlement and Brief in Support (ECF Nos. 1701, 1760), the Department of Labor's Brief in Support (ECF No. 1765), **IT IS ORDERED** that the Motion is **DENIED.**

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**