IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, AND THE UNITED STATES DEPARTMENT OF LABOR<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>JOHN J. KORESKO, V, JEANNE BONNEY, PENN-MONT BENEFIT SERVICES, INC., KORESKO & ASSOCIATES, P.C., REGIONAL EMPLOYERS ASSURANCE LEAGUES VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION TRUST, AND SINGLE EMPLOYER WELFARE BENEFIT PLAN TRUST<br>　　　　Defendants,<br><br>　　　　v.<br><br>CHARLES PARSONS, PARSONS & ASSOCIATES CHARTERED WELFARE BENEFIT PLAN<br>　　　　Movant. | CIVIL ACTION<br><br><br>NO. 09-988 |

# **O R D E R**

**AND NOW**, this 11th day of February, 2019, upon consideration of Intervenors' Motion for Reconsideration and Clarification and Memorandum in Support (ECF No. 1799), Attorney Silverstein's Response to the Court's Order to Show Cause (ECF No. 1810), and the Secretary of Labor's Response to Attorney Silverstein's Response (ECF No. 1816), **IT IS ORDERED** that the Motion is **GRANTED IN PART AND DENIED IN PART** as follows:

(1) The request to vacate the Court's prior Opinion (ECF No. 1796) is **GRANTED**.

(2) The request to vacate the Court's prior Order (ECF No. 1797) is **DENIED**; the Court's prior order remains in effect.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

_____
**WENDY BEETLESTONE, J.**