IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE SCALIA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | : : : : | CIVIL ACTION |
| v. | : : | |
| JOHN J. KORESKO, V, et al. | : | NO: 09-988 |

## **O R D E R**

AND NOW, this 9th day of April, 2020, upon consideration of the Forensic Accountant's bill for services rendered for the month of March, 2020; and whereas the Court's Order dated July 21, 2015 (Doc. 1240), states that the fees and expenses of the Forensic Accountant shall be paid from funds in the SEWBPT and REAL VEBA Trust, to be later restored by the Koresko Defendants, based on monthly invoices submitted to the Court for approval; and whereas the Department of Labor has informed the court that it has no objection to the payment of the bill, IT IS HEREBY ORDERED that the Court approves the Forensic Accountant's bill for services rendered for the month of March, 2020, and the Forensic Accountant shall be paid the total balance due of $9,940.00 from funds in the SEWBPT and REAL VEBA Trust.

BY THE COURT:

/s/ ELIZABETH T. HEY
_____
ELIZABETH T. HEY, U.S.M.J.