IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EUGENE SCALIA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR | : : : : : | CIVIL ACTION |
| v. | : : | |
| JOHN J. KORESKO, V, et al. | : | NO. 09-988 |

## **O R D E R**

AND NOW, this 8th day of June, 2020, upon consideration of the Trustee's bills for services dated March 31, 2020; and whereas the Court's Order dated August 4, 2015 (Doc. 1242), states that the fees and expenses of the Trustee shall be paid from funds in the SEWBPT and REAL VEBA Trust, to be later restored by the Koresko Defendants, based on invoices submitted to the Court for approval; and whereas counsel for the Department of Labor has previously indicated that he is no long authorized to state that the Department does not object to Wilmington's bills in light of Wilmington's violation of certain of the Court's orders, and after having independently reviewed Wilmington's bills, IT IS HEREBY ORDERED that the Court

approves the Trustee's bills for services dated March 31, 2020,[1] and the Trustee shall be paid the total balance due of $10,858.64 from funds in the SEWBPT and REAL VEBA Trust.[2]

BY THE COURT:

/s/ ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.

---

[1] Wilmington's bills are based on the fee structure adopted by the Court's August 4, 2015 Order, under which compensation is calculated based on the balance of assets under management and specific service-related charges. See Doc. 1242 ¶ 11; Doc. 1242-1 at 29.

[2] The Trustee has three separate invoices relating to the relevant accounts: $2,500 for SEWBPT & REAL VEBA TR-WTIA; $30 for SEWBPT & REAL VEBA TR-CONTRIB/DISB; and $8,328.64 for SEWBPT & REAL VEBA TR-WTIA 1. Because the insurance policies have been liquidated, the fourth account has no balance and no fees.